November,21,2006.

Russell Robinson,C/O,04776-094;2C
Metropolitan Detention Center
P.O. Box 2147
San Juan,P.R.00922-2147

District Court,for the District of Columbia
333 Constitution Avenue
Washington,D.C.20001

**RECEIVED**

NOV 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:Filing of just received exhibit in "Judicial review of denied FOIA/PA,Civil Action".

Dear Clerk,

   I at this time foward a copy of a denial letter from the Office of information and privacy.Please file same in my previously filed Civil review petition of same action.thanking you in advance.

Respectfully submitted
and signed,pursuant to
USC 28,section,1746,by,

_Russell Edouard Donaldson:Robinson_ C/O 4776-094,2C; "Pro Se"

Russell Edouard donaldson:Robinson,C/O,04776-094;2C



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                           Washington, D.C. 20530

Mr. Russell E.D. Robinson          **NOV 1 4 2006**
Register No. 04776-094
Metropolitan Detention Center      Re:  Appeal No. 06-0513
Post Office Box 2147                    Request No. 06-0070-F
San Juan, PR  00922-2147                BVE:GLB:CL

Dear Mr. Robinson:

    You appealed from the action of the Drug Enforcement Administration (DEA) on your request for access to records pertaining to Ishmael "Chuku" Brathwaite.

    After carefully considering your appeal, I am affirming DEA's action in refusing to confirm or deny the existence of the records you requested.  Without consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, confirming or denying the existence of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy.  See 5 U.S.C. § 552(b)(7)(C).

    Furthermore, you assert that you are entitled to the material you request pursuant to Brady v. Maryland, 373 U.S. 83 (1963).  Please be advised that Brady v. Maryland has no applicability to FOIA requests.  See Johnson v. United States Department of Justice, 758 F. Supp. 2, 5 (D.D.C. 1991).

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director