UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.

580195059

RECEIVED

Russell Edouard Donaldson:Robinson )
C/O,USM #,04776-094 )
)
)
    Plaintiff )
)
 v. )
)
Attorney General of the UNITED STATES, )
Alberto Gonzales, )
    Defendant. )
)

DEC 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL Action No.06-2050.EGS

---

INFORMATIVE MOTION.

---

 COMES NOW,Plaintiff,Russell Robinson,proceeding,"Pro Se", In re,matter captioned;most respectfully before this Honorable District court,filing this instant Informative motion,in response to the Order dated,"November 30,2006,A.D..

 Said Order,is accepted "For value and Returned value",pursuant to the House Joint Resolution ,(HJR),192 of June 5,1933,and UCC sections,1-105,10-104,3-419,'without prejudice'.See attached UCC 1 and UCC 3 Filings,(attached);along with (Affidavit of service),i.e verified and constructive notice.

 Stated otherwise,Plaintiff Russell Robinson,respectfully asks that the Clerk's Office of the District Court of the District of Columbia,discharge the debt from Secured patry's UCC Trust account # 580195059;as maintained by the Holder of Office,Secretary of Treasury,Department of Treasury,1500 Pennsylvania Ave,N.W.

Washington,D.C.20220.That is the ,Statutory request as per,28 USC section,1915(a)(1994),(b)(1)(A),and (B),for filing fees ,for this instant Civil action;should be discharged from this UCC trust account.

For my remedy,Plaintiff Russell Robinson,also files this attached Letter,dated November 27,2006,A.D.(RE:Appeal No.06-0476,ADW:KM), as proof of denial of FOIA/PA Denial.

Plaintiff,Russell Robinson,requests that the requested files be released forthwith,so as to prevent manifest injustice,and prove surbornation of perjury,by the UNITED STATES' ATTORNEY,and FEDERAL AGENTS.

WHEREFORE,Plaintiff,Russell Robinson,Prays and urges,most respectfully that this motion be granted in it's entirety.

Respectfully Submitted and
Sworn on Undersigned'd
Unlimited Commercial
Liability,and Pursuant to
USC 28,section 1746,by

Russell Edouard Donaldson:Robinson,C/0,04776-094;2C
METROPOLITAN DETENTION CENTER          'Without Prejudice'UCC 1-207
P.O. BOX 2147                          (TODAY '2006' UCC 1-308).
SAN JUAN,P.R.00922-2147(U.S.MILITARY COMPOUND)

### CERTIFICATE OF FILING.

It is hereby certified on undersigned's unlimited commercial liability and pursuant to USC 28,section, 1746,that a copy of this Informative motion was filed IN RE:Civil No.06-2050(EGS),via certified mail,U.S.Postal Service,Receipt # 7004 1350 0001 5394 4026;this 06 day of December 2006,A.D.,at U.S.District Court,For District of Columbia,U.S.Courthouse,333 Constitution Ave,N.W.,Washington,D.C., 20001.

Russell Edouard Donaldson:Robinson,C/0,04776-094;2C
'Without Prejudice' UCC 1-207(TODAY '2006' UCC 1-308)

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642     Washington, D.C. 20530

NOV 27 2006

Mr. Russell E.D. Robinson
Register No. 04776-094, 2C
Metropolitan Detention Center
Post Office Box 2147     Re:   Appeal No. 06-0476
San Juan, PR 00922-2147         ADW:KM

Dear Mr. Robinson:

    You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to certain third parties.

    After carefully considering your appeal, I am affirming the FBI's action in refusing to confirm or deny the existence of any records responsive to your request. Without consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, confirming or denying the existence of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(7)(C).

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director



**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Russell E.D. Robinson,           )
Reg. No. 04776-094               )
                                 )
         Plaintiff,              )
                                 )
     v.                          )    Civil Action No. 06 2050
                                 )
Attorney General of the United States, )
                                 )
         Defendant.              )

ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994). Upon review of the financial information, the Court finds that plaintiff must be required to pay the statutory filing fee of $350.00 for this action and an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B). Accordingly, it is this _____ day of November 2006,

**ORDERED**, that:

1. The Plaintiff is obligated to pay an initial partial filing fee payment in the amount of **$60.66** to the Clerk of the United States District Court for the District of Columbia.

2. The plaintiff is obligated hereafter to pay the United States District Court for the District of Columbia twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $350.00 filing fee.

3. The authorized correctional institution officer where plaintiff is detained shall deduct from plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted from plaintiff's prison account and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid in full.



4

   4. A copy of this Order shall be furnished to the institution where plaintiff is incarcerated.

   5. Plaintiff's application to proceed *in forma pauperis* [# 2] is **granted**.

                              _____
                              United States District Judge

*[Handwritten stamp diagonally across page:]* ACCEPTED FOR VALUE, RETURNED FOR VALUE, ALL ENDORSEMENTS, FRONT & BACK, PURSUANT TO HJR 192, OF JUNE 5, 1933, UCC1-104, 10-104, 3-419 *[signatures and additional handwritten notations]*

2

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Friday, December 01, 2006

**Civil Action#:** 062050 EGS
**Plaintiff:** RUSSELL E. ROBINSON

DEAR RUSSELL E. ROBINSON

In the above entitled case, please be advised that on 11/20/06, Judge Leon endorsed theron as follows:

"Leave to file without prepayment of costs granted."

As a result of the Judge's ruling, your case has been assigned to Judge Sullivan. All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case.

NANCY MAYER-WHITTINGTON, CLERK
By: L. Scott

*[Diagonal stamp overlay:]* ACCEPTED FOR VALUE, RETURNED FOR VALUE, AND BACK, PURSUANT TO ALL ENFORCEMENT FRONT 1933, UCC 1-104, 10-104, 3-419 HJR 192 JUNE 5, 1933, UCC... UCC acct # 580195059

580195059
08/28/2006  3:54PM
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌈Russell Edouard Donaldson:Robinson,
C/O,04776-094,MEtropolitan Detention
Center,P.O.Box 2147,San Juan,P.R.
(00922-2147)
⌊

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only **one** debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: RUSSELL EDOUARD DONALDSON ROBINSON

OR

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: POST OFFICE BOX 2147,MDC,GUAYNABO | CITY: SAN JUAN | STATE: P.R. | POSTAL CODE: 00922-2147 | COUNTRY: U.S.

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Ens Legis-LLc | 1f. JURISDICTION OF ORGANIZATION: Private | 1g. ORGANIZATIONAL ID #, if any: USM # 04776-094 | ☐ NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only **one** debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only **one** secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

3b. INDIVIDUAL'S LAST NAME: Robinson | FIRST NAME: Russell | MIDDLE NAME: Edouard: | SUFFIX: usA

3c. MAILING ADDRESS: In care of:Post office Box 2147 | CITY: MDC,Guaynabo,SJU | STATE: P.R. | POSTAL CODE: 00922-2147 | COUNTRY: usA

**4. This FINANCING STATEMENT covers the following collateral:** RECORD OWNER:Russell Edouard Donaldson:Robinson.The entry of the DEBTOR in the Commercial Registry as a Transmitting Utility and all other property as follows;Certificate of Birth #:10780,is herein liened and claimed at the certain sum,$1,000,000,000.oo;Security Agreement #:REID-032566;Exemption ID #580195059;UCC CONTRACT TRUST ACCOUNT #: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;Pre-Paid Account #C77498534; Posted Certified Account #:032987124;Social Security Account #: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; All debentures,indentures,accounts,pledges,Nunc Pro Tunc.All property is **ACCEPTED FOR VALUE** and is **EXEMPT FROM LEVY**,pursuant to House Joint Resolution 192 of June 5,1933 and UCC sections 1-104,10-10 3-419,and the Orders therefrom are released to DEBTOR,to include all signatures,endorsements,fascimile,copyright,printed,typed or photocopies of "RECORD OWNER'S AND NAME TITLE."RECORD OWNER IS NOT GUARANTOR TO ANY OTHERS ACCOUNT BY EXPLICIT RESERVATION,WITHOUT PREJUDICE,UCC SECTION 1-207.TOTAL VALUE OF INSTRUMENTS:$1,000,000,000.oo.TOTAL VALUE OF COLLATERAL IN SECURITY AGREEMENT:$1,000,000,000.oo.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

```
08/28/2006  3:54PM  DR0195059
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS
```

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

10. MISCELLANEOUS:

NOTE:
"Documentary Exicise Tax Is Not required."

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | CITY | STATE POSTAL CODE | COUNTRY |
| 11c. MAILING ADDRESS | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | CITY | STATE POSTAL CODE | COUNTRY |
| 12c. MAILING ADDRESS | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

16. Additional collateral description:

**ALL COLLATERAL** is within the Commonwealth Of Puerto Rico. See Attached Security Agreement.
**NOTE:** Secured party is Holder-In-Due-Course of **ALL** Documents, and Documents of Title Listed and Attached to Financing Statement.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

08/28/2006  3:54PM  980195059
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Russell Edouard Donaldson:Robinson,C/O
#04776-094,Metropolitan Detention Center
Post Office Box 2147,San Juan,Puerto
Rico.(00922-2147)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:
| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**DESCRIPTION OF AMENDMENT:**
-DECLARATION & CERTIFICATE OF SOVERIGN STATUS;NATURALISATION CERTIFICATE;BIRTH CERTIFCATE;
-COMMERCIAL NOTICE OF TRADE NAME;INDICTMENT/SUPERSEDING INDICTMENT,CR:2004-05-F-02(JTG)
-SPECIFIC POWER OF ATTORNEY AND INDEMINIFICATION AND HOLD HARMLESS AGREEMENT:
-UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS(BOND); V.I.DRIVER'S LISCENSE
-BILL OF PEACE;
-AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT;
-VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE;
-FAA LISCENSES;VIRGIN ISLANDS' BUSINESS LISCENSE;ARTICLES OF INCORPORATION:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Robinson | Russell | Edouard,Donaldson: | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

08/28/2006  3:54PM
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Robinson | Russell | Edouard: |

**13.** Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

All of the above listed property is accepted for value, exempt from levy, and herewith registered in the Commercial Registry. All proceeds, products, accounts, and fixtures, and the orders therefrom, are the personal property of DEBTOR, but wherein Secured Party holds all interests.

Adjustment of this filing is from House Joint Resolution 192 of June 5, 1933 and Uniform Commercial Code sections 1-104 and 10-104.

11/10/2006   3:57PM
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Russell Edouard Donaldson:Robinson
C/O,04776-094,Metropolitan Detention
Center,Post office Box,2147,San Juan,
P.R.00922-2147

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION
3. ☐ CONTINUATION
4. ☐ ASSIGNMENT (full or partial)
5. ☐ AMENDMENT (PARTY INFORMATION)

*[Diagonal stamp text: Accepted for Value and sworn to on the Undersigned's unlimited Commercial liability, certified true, correct and complete with all related endorsements front and back, in accordance with Uniform Commercial Code, section 1-207, 1-419 and Resolution 192 of June 5, 1933 are pre-paid, exempt from Levy. Russell Edouard Donaldson:Robinson, Date: May 27, 2006.]*

6. CURRENT RECORD INFORMATION
7. CHANGED (NEW) OR ADDED INFORMATION

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**DESCRIPTION OF AMENDMENT:**
-SPECIFIC POWER OF ATTORNEY AND,HOLD HARMLESS AGREEMENT;
-DISTRICT COURT OF THE VIRGIN ISLANDS,(BOND)CASE # CR:2004-0005-F-02(JTG)
-SPECIAL BOND OF INDEMNITY TO THE SECURED PARTY
-ALLOCUTION STATEMENT,RE:CASE BONDED(DISTRICT COURT OF VIRGIN ISLANDS)
-VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE
-CIVIL BIVENS,CASE,DISTRICT OF PUERTO RICO,(RUSSELL E.D.ROBINSON,PLAINTIFF,
V.WARDEN HECTOR LEDESMA,ET.AL.,RESPONDENTS/DEFENDANTS),FILED,OCTOBER,1,2006;
(BOND),CASE #,

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

9b. INDIVIDUAL'S LAST NAME: Robinson | FIRST NAME: Russell | MIDDLE NAME: Edouard,Donaldson: | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as Item 1a on Amendment form)

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as Item 9 on Amendment form)
12a. ORGANIZATION'S NAME

OR
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Robinson | Russell | Edouard |

**13.** Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

All of the above listed property is accepted for Value sworn on the Commercial Registry. All proceeds, products, accounts, and fixtures, and the orders therefrom, are the personal property of DEBTOR, but wherein Secured Party holds all interests.

Adjustment of this liability from the House Joint resolution 192 of June 5,1933 and uniform Commercial Code Sections 1-104.

*[Overlaid stamp text:]* Accepted for Value and Certified; Accepted for limited liability; Undersigned is sworn on the Commercial Code, Section 1-104; Related endorsements front and back; Certified true, correct and complete, in accordance with Uniform Commercial Code, House Joint Resolution 192 of June 5, 1933; pre-paid, exempt from levy. Russell Edouard Donaldson: Robinson, Date: MAY 2006

*[Signature:]* Russell Edouard Donaldson

08/28/2006  3:54PM
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS

## AFFIDAVIT OF SERVICE.

**Virgin Islands Of The United States** )
)
**St.Thomas/St.John** )

I am over 18 years of age,and not a party to the within action:My Business address is:

108 A-39 Constant
ST. Thomas VI 00802

On this August 28 ,2006,I served one copy of the following:

VERIFIED AND CONSTRUCTIVE NOTICE,dated, August 25,2006, notarised by Virgin Islands of the United States Notary Public, Eric Baynes ,

-Certified copy of UCC-1 Financing Statement

-Certified copy of UCC-3 Change statement

-Affidavit of Specific Negative averment,dated,May,28Th, 2006,Notarised by Virgin Islands of the United States Notary Public, Eric Baynes

-Bill of Peace,Dated,May,28Th,2006,Notarised by Virgin Islands of the United States Notary public Eric Baynes

a total of 154 ,( ) pages served herewith,including all attachments(not including this Affidavit of Service),by United States Postal Service Registered/Certified/Return-Receiptmail # in a sealed envelope,with postage pre-paid properly addressed to

Holder of Office, Secretary of the Treasury
Dept of Treasury
1500 Pennsylvania Ave NW
Washington DC 20220

I declare under the penalty of perjury,pursuant to U.S.C.28,section,1746 (2),that the preceding is true,and that this Affidavit of Service was executed on, Aug 28 ,2006,