UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Russell Robinson,           )
    Plaintiff              )
                           )
    v.                     )    Civil Action No.06-2050(EGS)
                           )
ATTORNEY GENERAL OF THE    )
UNITED STATES,et.al.       )
    Defendants.            )
_____)

## OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

    COMES NOW,Plaintiff,Russell Edouard Donaldson:Robinson,as a Natural Person,in personam,"Pro Se",filing opposition to the Defendant's January 4,2007,"Motion for Enlargement of time". In support of this instant motion Plaintiff states the following:

    1.This information sought,has been sought since on or about September,2005;and has been compiled,evaluated,and witheld via the FOIA processes,by the various agencies.So there should be no extra time needed to compile requested information.

    2.Requested information,is to be released to a Federal Judge, and a UNITED STATES APPELLATE COURT:so no reason exists to deny it's release.

    3.The requested information,goes to a showing of Illegal Governmental conduct,within a Federal prosecution,affecting the integrity,and public perception of the Federal Judiciary,in the Virgin Islands of the UNITED STATES.

    4.Timely,(before Febuary 10,2007),release of requested information caxn and will mitigate the loss of substantial "Liberty Interest" Rights of Plaintiff.

5. 5.As the office of the Chief law Enforcement,officer,of the UNITED STATES,the ATTORNEY GENERAL OF THE UNITED STATES,should have a vested interest in the release of this material;or construe this opposition motion as a consent to agree to plead guilty,to false accusations,against the    UNITED STATES' ATTORNEY'S OFFICE,in the VIRGIN ISLANDS OF THE UNITED STATES,if there are no such records,or the dates therein prove Plaintiff to be conclusively wrong;and all the "CI'S",referenced therein agree to take a polygraph test as to the matters testified to at trial.

WHEREFORE,being the "Gate keeper",of truth and justice for the "Free" World,Plaintiff requests that all ploys of delay be set aside,and this Honorable,deny the ATTORNEY GENERAL OF THE UNITED STATES' request for an enlargement of time;and order the forthwith production of the requested documents.Plaintiff requests a hearing and that this motion be granted.
Respectfully Submitted

_Russell Edouard Donaldson:Robinson, c/o,04776.094;2C;"Pro Se"_
Russell Edouard Donaldson:Robinson,C/O,04776.094;2C;"Pro Se"
"Without Prejudice",UCC 1-207,All Rights Reserved
(TODAY'2007',UCC 1-308):Pursuant to USC 28,section,1746.

### CERTIFICATE OF SERVICE.
I certify that on January 8,2007,Defendant was served via US Mail, first class mail,postage prepaid,by placement in the inmate mail recptacle,at the institution on January 8,2007,Pursuant to USC 28, section,1746. _Russell Edouard Donaldson:Robinson "Pro Se"_
Russell Edouard Donaldson:Robinson,"pro Se".