RECEIVED
JAN 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF COLUMBIA.

Russell Robinson,            )
PLAINTIFF                    )
                             )
    vs.                      )    Civil No.06-2050 EGS
                             )
UNITED STATES OF AMERICA,    )
DEFENDANT(S)                 )
                             )
_____)

## MOTION REQUESTING CERTAIN,"PROOFS OF CLAIM"

To the Honorable Court
Without Prejudice to
any other pending/ongoing
processes in captioned
Matter:

   COMES NOW,Plaintiff,Russell Edouard Donaldson:Robinson,(hereinafter,"Robinson"),as a Natural Person,in "Propia Persona",before this Honorable Court;seeking certain "Proofs of Claim",in an attempt to resolve the herein stated matter.Said "Proofs of Claim", sought;are sought,sworn under the penalty of Perjury,and respondent(s), Unlimited Commercial Liability.

   As a basis of this motion,Robinson respectfully asserts the Following;in an attempt to resolve this matter:

1).Robinson initiated this Civil Action in an attempt to obtain deliberately witheld,Fabricated,and manufactured,documentation,as proof that the UNITED STATES' ATTORNEY'S OFFICE,of the VIRGIN ISLANDS OF THE UNITED STATES,surborned perjury,in a Criminal case docketed, in the DISTRICT COURT OF THE VIRGIN ISLANDS,AS CR:2004-05-F-02(JTG), St.Croix Division.All violations of the Constitution and laws,of

UNITED STATES.

2).This Honorable Court,after first returning the initial filing, with instructions as to "Format";Robinson refiled this instant action.

3).Henceforth,this Honorable court,Granted Robinson's motion to proceed in "Forma Pauperis";stating certain conditions applied:Robinson, promptly,"Accepted for Value and returned for Value",this Honorable Court's presentment(s),along with proof of Robinson's **Exemption from levy,pursuant to,House Joint resolution,of June 5,1933(HJR 192).**

4).Subsequently;without **any notice,or Robinson signing any authorisation form(s),**Robinson's,"Inmate Trust Fund Account",was deducted of $60.66;on December 28,2006,A.D.,at,10:34:13 AM.See attached exhibit "A".

5).Robinson spoke personally to Ivette Alvarado,who stated that: "There is a Court Order from the District Court of columbia,'we'do not need your permission,we can do it,take your money;ask the attorney advisor Carlos Martinez".

Please Understand,that while I want to resolve this matter,and not adversely affect the underlying litigation;I can only do so upon your official response by you providing the below enumerated "Proofs of Claim",as to the intended levy being lawful,proper and Constitutional;and not unconscienable,and a thinly veiled attempt to discourage or derail my litigation.In requesting these Proofs of claim,I again accept for value the 'presentment' and I agree to perform to it,however I reserve my right to exhaust my private administrative remedies to this and other matters attached thereto.

As I want to resolve this matter as soon as possible,and pay or discharge this matter or any other,it is of necessity that your court provide the requested "Proofs of Claim".

Under Necessity,the "Proofs of Claim" are enumerated below:

1. Proof of Claim,that the Constitution and Laws,of the UNITED STATES, have no effect upon this Court or it's officers.

2. Proof of claim that the House Joint resolution,192(HJR 192),of June 5,1933,has no effect on this court;and,or,that I cannot,as to the demanded $350.00,"Fee","Levy",Accept it for value and return for discharge or via other appropriate commercial paper in respect to HJR-192 or by and through my exemption,discharge same attempted Levy.

3. Proof of claim that the UNITED STATES does not operate under the UNITED STATES Bankruptcy confirmed on June 5,1933(see Senate report No.93-549,codified at 12 U.S.C.A. 94a) also known as the National Emergency.(See:Executive Proclamation No.3972).

4. Proof of claim that any institution/Agency,or any other body of the UNITED STATES,can take,appropriate,or otherwise deny use of property,money,or whatever,without **express** consent of the Natural person,in writing.(i.e.in this case withdraw funds to transfer same via wire in interstate commerce,without express written consent).

5. Proof of claim that you are competent,highly trained,highly paid and certified by your principal,the UNITED STATES,within your Jurisdiction in knowing your capacities and limits within the scope of your office,Oath of office,position and or duties therein.

6. Proof of claim that you did not enter into a contract with Debtor,

Ens legis,RUSSELL ROBINSON,upon Oath of Office and signature to ofice or position of service.

7.Proof of claim,that your court has the power to render ineffective the acts of the Congress of the UNITED STATES,the laws of the Constitution,enacted pursuant to same,and scope of duties of offices, and officers,created by and pursuant to laws promulgated by the Congress of the UNITED STATES;or that the holding of,**Cotting vs. Kansas City Stock Yards Co.,183 US 79,84(1901)**,("This is a Government of Laws and not of men;and there is no arbitary power located in any individual or body of individuals"),does not apply to this Honorable Court.See also:**Commonwealth vs. Illinois Cent.R.Co.,170 S.W. 171,175,160 Ky(1914)**,("No creature of the Constitution has power to question it's authority,or to hold inoperative any section or provision of it.").

    The Undersigned respectfully requests that the clerk and or Judicial officer,forthwith,contact Mr.HENRY PAULSON,Department of Treasury,TREASURY OF THE UNITED STATES,at,1500 Pennsylvania Ave., N.W.,Washington,D.C.20220,to have same "Levy","Filing Fee",or whatever discharged;and requests that Attorney Advisor,Carlos Martinez,be immediately ordered to replace my stolen funds,as I did not sign nor agree to any such transaction that affects interstate commerce;and constitutes wire fraud and conspiracy to violate same laws.Undersigned respectfully requests that the UNITED STATES MARSHAL SERVICE,be ordered to transport the Undersigned to the Nearest Grand Jury,so these crimes can be thoroughly investigated and all culpable individuals arrested.

Respectfully Submitted,
Without Prejudice,UCC 1-207
(TODAY '2006',UCC 1-308),
pursuant to USC 28,section
1746 and Undersigned's
Unlimited Commercial Liability by,

*Russell Edouard Donaldson: Robinson* c/o, 04776.094; 2C, "Pro Se"

Russell Edouard Donaldson:Robinson,C/O,04776.094;Unit 2C
METROPOLITAN DETENTION CENTER
P.O. BOX 2147
SAN JUAN,P.R.00922-2147(UNITED STATES MILITARY COMPOUND)

## AFFIDAVIT UNDER PENALTY OF PERJURY.

Pursuant to Undersigned's Unlimited Commercial liability,and USC 28, section,1746,It is hereby affirmed that all the assertions/statements made in the above "MOTION REQUESTING CERTAIN 'PROOFS OF CLAIM'", are accurate,correct and true.Same is stated,this date,December 29, 2006,A.D..Affiant further sayeth naught.

*Russell Edouard Donaldson: Robinson* c/o, 04776.094, 2C, "Pro Se"

Russell Edouard Donaldson:Robinson,C/O,04776.094;Unit 2C.

## CERTIFICATE OF SERVICE.

Pursuant to USC 28,section 1746,and undersigned's unlimited Commercial liability,the original was filed via the U.S. Postal Service, certified receipt Account #7006 2150 0000 4862 3392,and copies served,on the following,at the institution:Clerk of the District Court of Columbia,at 333 Constitution Ave.,Washington,D.C.20001.(Certified)

Attorney Advisor,(Internal Institution Mail,attached to a cop out)
Carlos Martinez,
ITS,Ivette Alvarado,(Inmate trust fund manager)
METROPOLITAN DETENTION CENTER,SAN JUAN,P.R.00922-2147

**Same was effected,this December 29,2006,A.D.,by placement in the inmate mail receptacle:**
*Russell Edouard Donaldson: Robinson* c/o, 04776.094, 2C, "Pro Se"
Russell Edouard Donaldson:Robinson,C/O,04776.094;Unit 2C



EXHIBIT "A"

## Inmate Statement



| Inmate Reg #: | 04776094 | Current Institution: | Guaynabo MDC |
| Inmate Name: | ROBINSON, RUSSELL | Housing Unit: | 2C |
| Report Date: | 12/29/2006 | Living Quarters: | B12-227U |
| Report Time: | 10:02:33 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | 12/28/2006 12:44:55 PM | 69 | | | Sales | ($56.45) | | $0.22 |
| GUA | 12/28/2006 10:56:10 AM | TFN1228 | | | Phone Withdrawal | ($20.00) | | $56.67 |
| GUA | 12/28/2006 10:34:13 AM | GJV0032 | 190 | ?? | Court Fees ?' | ($60.66) | *unauthorised* | $76.67 |
| GUA | 12/25/2006 5:29:10 PM | TFN1225 | | | Phone Withdrawal | ($15.00) | | $137.33 |
| GUA | 12/23/2006 1:15:54 PM | 33306007 | | | Western Union | $80.00 | | $152.33 |
| GUA | 12/21/2006 10:38:58 PM | TFN1221 | | | Phone Withdrawal | ($10.00) | | $72.33 |
| GUA | 12/21/2006 1:06:22 PM | 100 | | | Sales | ($87.75) | | $82.33 |
| GUA | 12/19/2006 9:22:35 AM | TFN1219 | | | Phone Withdrawal | ($20.00) | | $170.08 |
| GUA | 12/16/2006 8:22:19 AM | TFN1216 | | | Phone Withdrawal | ($10.00) | | $190.08 |
| GUA | 12/14/2006 7:39:03 PM | TFN1214 | | | Phone Withdrawal | ($19.00) | | $200.08 |
| GUA | 12/14/2006 1:19:52 PM | 65 | | | Sales | ($93.75) | | $219.08 |
| GUA | 12/14/2006 11:04:20 AM | TFN1214 | | | Phone Withdrawal | ($50.00) | | $312.83 |
| GUA | 12/13/2006 6:35:09 PM | 33305307 | | | Western Union | $50.00 | | $362.83 |
| GUA | 12/12/2006 2:21:35 PM | GITS2CNV | | | Phone Rev With Rel | $6.67 | | $312.83 |
| GUA | 12/11/2006 8:25:44 PM | 33305107 | | | Western Union | $300.00 | | $306.16 |
| GUA | 12/11/2006 1:23:11 PM | GJV0027-V | | | Photo Copies | $2.20 | | $6.16 |
| GUA | 12/11/2006 1:05:43 PM | GJV00333-V | | | Photo Copies | $2.20 | | $3.96 |
| GUA | 12/11/2006 1:04:52 PM | GJV0027 | | | Photo Copies | ($2.20) | | $1.76 |
| GUA | 12/11/2006 1:04:07 PM | GJV00333 | | | Photo Copies | ($2.20) | | $3.96 |
| GUA | 12/11/2006 1:02:49 PM | GJV0027 | | | Photo Copies | ($2.20) | | $6.16 |
| GUA | 12/11/2006 12:46:42 PM | GJV0027 | | | Photo Copies | ($1.80) | | $8.36 |
| GUA | 12/11/2006 12:11:22 PM | GJV0027 | | | Photo Copies | ($4.90) | | $10.16 |
| GUA | 12/11/2006 12:06:48 PM | GJV0027 | | | Photo Copies | ($2.90) | | $15.06 |
| GUA | 12/11/2006 12:05:41 PM | GJV0027 | | | Photo Copies | ($3.70) | | $17.96 |
| GUA | 12/11/2006 12:04:53 PM | GJV0027 | | | Photo Copies | ($1.60) | | $21.66 |
| GUA | 12/11/2006 12:03:56 PM | GJV0027 | | | Photo Copies | ($15.20) | | $23.26 |
| GUA | 12/9/2006 7:21:48 PM | ITS1209 | | | Phone Withdrawal | ($10.00) | | $38.46 |
| GUA | 12/9/2006 11:50:34 AM | ITS1209 | | | Phone Withdrawal | ($15.00) | | $48.46 |
| GUA | 12/8/2006 9:08:52 AM | 1 | | | Sales | $2.85 | | $63.46 |
| GUA | 12/7/2006 7:42:35 PM | ITS1207 | | | Phone Withdrawal | ($10.00) | | $60.61 |
| GUA | 12/7/2006 1:33:21 PM | 117 | | | Sales | ($62.10) | | $70.61 |
| GUA | 11/30/2006 2:34:49 PM | 82 | | | Sales | $37.00 | | $132.71 |
| GUA | 11/30/2006 1:22:31 PM | 41 | | | Sales | ($106.45) | | $95.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GUA | 11/27/2006 6:52:00 PM | ITS1127 | | Phone Withdrawal | ($30.00) | $202.16 |
| GUA | 11/27/2006 3:13:12 PM | 33304107 | | Western Union | $200.00 | $232.16 |
| GUA | 11/27/2006 10:14:22 AM | GJV0022 | | Photo Copies | ($4.60) | $32.16 |
| GUA | 11/27/2006 10:13:29 AM | GJV0022 | | Photo Copies | ($18.60) | $36.76 |
| GUA | 11/27/2006 10:12:33 AM | GJV0022 | | Photo Copies | ($2.00) | $55.36 |
| GUA | 11/27/2006 10:11:45 AM | GJV0022 | | Photo Copies | ($1.50) | $57.36 |
| GUA | 11/27/2006 10:10:45 AM | GJV0022 | | Photo Copies | ($1.50) | $58.86 |
| GUA | 11/26/2006 7:23:17 PM | ITS1126 | | Phone Withdrawal | ($20.00) | $60.36 |
| GUA | 11/25/2006 10:12:18 PM | 33304007 | | Western Union | $80.00 | $80.36 |
| GUA | 11/22/2006 5:49:54 PM | ITS1122 | | Phone Withdrawal | ($5.00) | $0.36 |
| GUA | 11/21/2006 1:10:33 PM | 97 | | Sales | ($55.50) | $5.36 |
| GUA | 11/17/2006 7:08:03 PM | ITS1117 | | Phone Withdrawal | ($20.00) | $60.86 |
| GUA | 11/16/2006 12:31:01 PM | 98 | | Sales | ($48.62) | $80.86 |
| GUA | 11/11/2006 6:13:24 PM | ITS1111 | | Phone Withdrawal | ($15.00) | $129.48 |
| GUA | 11/7/2006 10:23:18 AM | 45 | | Sales | ($31.30) | $144.48 |
| GUA | 11/3/2006 6:15:23 PM | ITS1103 | | Phone Withdrawal | ($25.00) | $175.78 |
| GUA | 11/3/2006 11:10:47 AM | 33302507 | | Western Union | $200.00 | $200.78 |

1 2 3 4

**Total Transactions: 154**

Totals:   ($30.31)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | $0.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.22 |
| **Totals:** | **$0.22** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.22** |