UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL E.D. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2050 (EGS) |
| ) | |
| ATTORNEY GENERAL ) | |
| OF THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on plaintiff's "Motion Requesting Certain 'Proofs of Claim.'" It appears that plaintiff objects to the deduction of $60.66 from his inmate trust account for payment of "court fees." *See* Pl.'s Mot., Ex. A.

The filing fee for a civil action in federal district court is $350.00, and plaintiff is required to pay the filing fee in accordance with the provisions of 28 U.S.C. § 1915. The Court assessed a partial filing fee payment of $60.66. *See* Dkt. #4 (Order assessing partial payment of filing fee). Future monthly payments of 20 percent of the deposits made to plaintiff's trust fund account during the preceding month will be forwarded to the Clerk of the Court each time the account balance exceeds $10.00, and payments will continue until the filing fee is paid in full. *See* 28 U.S.C. § 1915(b)(2). Nothing in the relevant statute requires that the Court present a proof of claim.

Accordingly, it is hereby

ORDERED that plaintiff's "Motion Requesting Certain 'Proofs of Claim'" [Dkt. #10] is DENIED.

Signed:   EMMET G. SULLIVAN
United States District Judge