UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL E.D. ROBINSON,         )
                               )
       Plaintiff,              )
                               )
       v.                      )   Civil Action No.  06-2050 (EGS)
                               )
ATTORNEY GENERAL OF THE UNITED )
  STATES, et al.,              )
                               )
       Defendants.             )
_____)

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, through undersigned counsel, respectfully move for an enlargement of time, to and including March 20, 2007, within which to answer the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  In support of this motion, defendant states the following:

1.  This FOIA case involves records plaintiff requested from multiple agencies: the United States Marshal Service; the Drug Enforcement Administration; the Federal Bureau of Prisons; and, the Executive Office for United States Attorneys.

2.  Pursuant to Fed. R. Civ. P. 6(b)(2), undersigned counsel respectfully requests this enlargement of time allowing defendant to file an answer, which is being lodged with the Court today.  This enlargement of time is necessary because undersigned counsel, who had drafted an answer in response to the Complaint, neglected to electronically file the answer.  Counsel has several pro se Freedom of Information Act cases which were

received on or around the same date and believed that the answer in this matter had been timely filed with the Court until it was brought to her attention that it had not been docketed. Accordingly, undersigned counsel has lodged the answer, through ECF, with the Court this date. Counsel anticipates that the case will be resolved through a dispositive motion. As the case involves three separate components of the Department of Justice, counsel has not been able to complete a dispositive motion by this date. Rather, counsel requests to and including May 1, 2007 within which to file a motion to dismiss or for summary judgment.

    3. In further support of this motion, undersigned counsel further states that she has had several competing demands on her schedule over the past few weeks including filing a brief for respondent in an immigration petition for review, a dispositive motion in a Title VII case involving allegations of retaliation with regard to two plaintiffs, and responsive pleadings in four other cases brought under the Freedom of Information Act. Counsel was also out of the office for two days attending mandatory training. Counsel, who also has the responsibility for supervising the U.S. Attorney's Office's preparation of briefs in response to petitions for review in the various courts of appeals challenging final orders of removal in immigration matters, had a number of such petitions occupying her attention in February and early March.

    4. Because plaintiff is incarcerated, and is proceeding <u>pro se</u>, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested.

A proposed order granting the relief requested accompanies this motion.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney
/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on March 20, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR  00922-2147

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL E.D. ROBINSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ATTORNEY GENERAL OF THE UNITED )<br>  STATES, et al., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 06-2050 (EGS) |

P R O P O S E D   O R D E R

UPON CONSIDERATION of defendants' motion for enlargement of time, any response thereto, and the record in this case, it is this _____ day of _____, 2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendants' shall have to and including March 20, 2007 within which to answer, and it is further

ORDERED that, unless otherwise altered by the Court, the defendants shall have to and including May 1, 2007 within which to file a dispositive motion.

_____
UNITED STATES DISTRICT JUDGE