UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL E.D. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2050 (EGS) |
| ) | |
| ATTORNEY GENERAL OF THE UNITED ) | |
| STATES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

A N S W E R

Defendants, by and through the undersigned, hereby answers the Complaint in the above-captioned case as follows:

FIRST DEFENSE

The Complaint fails to state a claim for which relief may be granted.

SECOND DEFENSE

The Attorney General of the United States and the Office of Information and Privacy are not proper party defendants in this case; by the terms of the Freedom of Information Act, the only proper party is the agency itself which is the Department of Justice.

THIRD DEFENSE

Defendant admits, denies, or otherwise responds to the unnumbered paragraphs of the Complaint as follows:

The first unnumbered paragraph contains plaintiff's characterization of this civil action to which no response is necessary. To the extent a response is deemed to be required, defendants deny that any documents have been unlawfully withheld.

**FACTUAL BACKGROUND**

The second and third unnumbered paragraphs of the Complaint contain plaintiff's characterizations of his requests made to components of the Department of Justice, which documents speak for themselves. Defendants deny except to admit that defendants received Freedom of Information Act requests from plaintiff as stated.

**JURISDICTION**

This unnumbered paragraph of the Complaint contains plaintiff's allegations of jurisdiction to which no response is required. To the extent a response is deemed to be required, deny.

**VENUE**

This unnumbered paragraph of the Complaint contains plaintiff's allegations of venue to which no response is required. To the extent a response is deemed to be required, admit.

**ARGUMENT**

These unnumbered paragraphs contain plaintiff's contentions and legal arguments regarding his criminal trial. To the extent a response is deemed to be required, defendants state that they are without sufficient information to form a belief as to the truth of falsity

of the allegations of fact or conclusions of law set forth in this section of the Complaint and therefore, deny.

**CONCLUSION**

This unnumbered paragraph contains plaintiff's prayer for relief to which no response is required. To the extent a response is required, defendants deny that plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendants further state that any statement requiring a response that is not explicitly admitted above is denied.

Defendants, having fully answered the Complaint, respectfully request that the Court dismiss the Complaint and award defendants such other relief as the Court deems to be appropriate.

Respectfully submitted,
/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney
/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on March 20, 2007, plaintiff was served with a copy of the foregoing Answer via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135