UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.

Russell Robinson, )
   Plaintiff, )
C/O,USM Acct.# 04776.094 )
Unit 2C, )
Metropolitan Detention Center )
P.O. Box 2005 )
Cataño,P.R.00963-2005 )
)
Vs. )   Civil No.06-2050(EGS)
)
ATTORNEY GENERAL OF UNITED STATES )
ALBERTO GONZALES, )
950,Pennsylvania,Ave,N.W. )
Washington,D.C.20530-0001 )

**RECEIVED**
MAR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BRIEF SEEKING ORDER DIRECTING,M.D.C.GUAYNABO,TO STOP
TAKING "FEE";AS ACCOUNT HAS BEEN PAID IN FULL.**

To The Honorable Court
Without Prejudice,UCC,
1-207,Reserving all
Rights:

    COMES NOW,Plaintiff,Russell Edouard Donaldson:Robinson,(hereinafter,'Plaintiff'),Propria Persona,to this Honorable Court, proffering the attached exhibits,(Inmate account statement;U.S. Postal Service,Money Order;U.S.Postal Service,Certified Mail, Return Receipt,copy thereof,),in support of the requested relief: as indicated in caption,of brief.In reference to same requested relief,Plaintiff,respectfully points out that,funds were with-drawn,**after**,the fee was paid in full:therefore,Plaintiff,requests that appropriate action be taken to refund same.(The amounts referenced are circled in black ink on the inmate,account statement.

Page 2,'brief requesting Order,In Re, Fee'
------

WHEREFORE,Plaintiff requests that,this brief be granted,forthwith,and a hearing be held if necessary:Plaintiff also respectfully at this juncture,inquires to status,as the Court ordered date,of Febuary 28,2007,for Government response has passed.In the event,that a denial has occurred,and is in the mail,please construe this Brief,as a "Notice of Appeal",to the Federal Circuit Court of Appeals.

Dated:March 19,2007,   Respectfully Submitted
Without Prejudice,UCC 1-207
All Rights Reserved,(TODAY'2007'
UCC 1-308),pursuant to U.S.C. 28,
section 1746,by:

*Russell Edouard Robinson, Propria Persona*

Russell Edouard Donaldson:Robinson,
Propria Persona.

### CERTIFICATE OF FILING.
It is hereby certified by the Undersigned,pursuant to Title 28, U.S.C. Section,1746,that this Brief was filed,First Class Mail, Postage Prepaid,this March 19,2007,by placement in the institution's inmate mail receptacle,in Unit 2C.

Respectfully
Without Prejudice,UCC 1-207,All
Rights Reserved,(TODAY'2007',UCC
1-308)

*Russell Edouard Robinson, Propria Persona*

Russell Edouard Donaldson:Robinson,
Propria Persona.

**UNITED STATES POSTAL SERVICE® — POSTAL MONEY ORDER** 15-800 / 000

SERIAL NUMBER: 10642454684
YEAR. MONTH. DAY: 2007-01-12
POST OFFICE: 008032
U.S. DOLLARS AND CENTS: $289.34¢

AMOUNT: TWO HUNDRED EIGHTY NINE DOLLARS & 34¢

PAY TO: District Court of District of
ADDRESS: Columbia, 333 Constitution Ave Washington
C.O.D. NO. OR USED FOR: DC 20001

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS — SEE REVERSE WARNING

FROM: Russell Robinson
ADDRESS: #06776-094
Case # 06-2050

CLERK: 0010

⑆000000800⑆  10642454684⑈

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Clerks Office of District<br>Court of Columbia<br>333 Constitution Ave<br>Washington DC 20001 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JAN 2 6 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0003 2264 4649 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 04776094 | Current Institution: Guaynabo MDC |
| Inmate Name: | ROBINSON, RUSSELL | Housing Unit: GUA-B |
| Report Date: | 03/05/2007 | Living Quarters: B12-227U |
| Report Time: | 8:41:55 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | 3/1/2007 9:35:08 PM | TFN0301 | | | Phone Withdrawal | ($15.00) | | $140.00 |
| GUA | 3/1/2007 8:29:53 PM | 33310907 | | | Western Union | $150.00 | | $155.00 |
| GUA | 3/1/2007 8:29:53 PM | GGUAD003-211 | | | Debt Encumbrance | | ($30.00) | -------- |
| GUA | 3/1/2007 8:29:53 PM | GGUAD004-212 | | | Debt Encumbrance | | ($30.00) | -------- |
| GUA | 2/28/2007 5:35:23 PM | TFN0228 | | | Phone Withdrawal | ($5.00) | | $5.00 |
| GUA | 2/27/2007 12:15:38 PM | | | 284 | Court Fees | ($27.45) | | $10.00 |
| GUA | 2/26/2007 9:58:53 AM | 57 | | | Sales | ($29.05) | | $37.45 |
| GUA | 2/26/2007 7:18:50 AM | | | 276 | Court Fees | ($14.12) | | $66.50 |
| GUA | 2/25/2007 7:12:50 PM | 33310607 | | | Western Union | $60.00 | | $80.62 |
| GUA | 2/21/2007 3:14:12 PM | TFN0221 | | | Phone Withdrawal | ($7.00) | | $20.62 |
| GUA | 2/20/2007 9:47:45 AM | 39 | | | Sales | ($57.60) | | $27.62 |
| GUA | 2/18/2007 8:47:55 PM | TFN0218 | | | Phone Withdrawal | ($15.00) | | $85.22 |
| GUA | 2/18/2007 6:18:35 PM | 33310107 | | | Western Union | $100.00 | | $100.22 |
| GUA | 2/14/2007 10:04:44 AM | TFN0214 | | | Phone Withdrawal | ($4.00) | | $0.22 |
| GUA | 2/12/2007 2:56:57 PM | TFN0212 | | | Phone Withdrawal | ($10.00) | | $4.22 |
| GUA | 2/12/2007 12:42:35 PM | 124 | | | Sales | ($25.90) | | $14.22 |
| GUA | 2/9/2007 8:25:08 AM | TFN0209 | | | Phone Withdrawal | ($7.00) | | $40.12 |
| GUA | 2/5/2007 10:03:50 AM | 71 | | | Sales | ($53.00) | | $47.12 |
| GUA | 2/3/2007 7:24:12 PM | TFN0203 | | | Phone Withdrawal | ($15.00) | | $100.12 |
| GUA | 2/1/2007 9:15:36 AM | 40 | | | Sales | ($13.00) | | $115.12 |
| GUA | 1/29/2007 10:45:14 AM | 80 | | | Sales | ($72.10) | | $128.12 |
| GUA | 1/27/2007 8:51:08 PM | TFN0127 | | | Phone Withdrawal | ($20.00) | | $200.22 |
| GUA | 1/27/2007 6:12:42 PM | 33308507 | | | Western Union | $200.00 | | $220.22 |
| GUA | 1/26/2007 8:47:46 AM | | | 254 | Court Fees | ($2.55) | | $20.22 |
| GUA | 1/19/2007 12:52:12 PM | 108 | | | Sales | ($36.40) | | $22.77 |
| GUA | 1/18/2007 2:21:07 PM | GJV0042 | | | Photo Copies | ($1.60) | | $59.17 |
| GUA | 1/18/2007 2:07:52 PM | GJV0042 | | | Photo Copies | ($2.10) | | $60.77 |
| GUA | 1/8/2007 9:14:50 AM | 63 | | | Sales | ($44.75) | | $62.87 |
| GUA | 1/5/2007 12:00:46 PM | GJV0037 | | | Photo Copies | ($20.00) | | $107.62 |
| GUA | 1/4/2007 12:53:00 PM | 77 | | | Sales | ($22.60) | | $127.62 |
| GUA | 1/3/2007 9:14:31 AM | TFN0103 | | | Phone Withdrawal | ($50.00) | | $150.22 |
| GUA | 1/2/2007 8:26:44 PM | 33306707 | | | Western Union | $200.00 | | $200.22 |
| GUA | 12/28/2006 12:44:55 PM | 69 | | | Sales | ($56.45) | | $0.22 |

| Alpha Code | Date | Reference | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| GUA | 12/28/2006 10:56:10 AM | TFN1228 | | Phone Withdrawal | ($20.00) | $56.67 |
| GUA | 12/28/2006 10:34:13 AM | GJV0032 | 190 | Court Fees | ($60.66) | $76.67 |
| GUA | 12/25/2006 5:29:10 PM | TFN1225 | | Phone Withdrawal | ($15.00) | $137.33 |
| GUA | 12/23/2006 1:15:54 PM | 33306007 | | Western Union | $80.00 | $152.33 |
| GUA | 12/21/2006 10:38:58 PM | TFN1221 | | Phone Withdrawal | ($10.00) | $72.33 |
| GUA | 12/21/2006 1:06:22 PM | 100 | | Sales | ($87.75) | $82.33 |
| GUA | 12/19/2006 9:22:35 AM | TFN1219 | | Phone Withdrawal | ($20.00) | $170.08 |
| GUA | 12/16/2006 8:22:19 AM | TFN1216 | | Phone Withdrawal | ($10.00) | $190.08 |
| GUA | 12/14/2006 7:39:03 PM | TFN1214 | | Phone Withdrawal | ($19.00) | $200.08 |
| GUA | 12/14/2006 1:19:52 PM | 65 | | Sales | ($93.75) | $219.08 |
| GUA | 12/14/2006 11:04:20 AM | TFN1214 | | Phone Withdrawal | ($50.00) | $312.83 |
| GUA | 12/13/2006 6:35:09 PM | 33305307 | | Western Union | $50.00 | $362.83 |
| GUA | 12/12/2006 2:21:35 PM | GITS2CNV | | Phone Rev With Rel | $6.67 | $312.83 |
| GUA | 12/11/2006 8:25:44 PM | 33305107 | | Western Union | $300.00 | $306.16 |
| GUA | 12/11/2006 1:23:11 PM | GJV0027-V | | Photo Copies | $2.20 | $6.16 |
| GUA | 12/11/2006 1:05:43 PM | GJV00333-V | | Photo Copies | $2.20 | $3.96 |
| GUA | 12/11/2006 1:04:52 PM | GJV0027 | | Photo Copies | ($2.20) | $1.76 |

1 2 3 4

**Total Transactions: 157**

Totals:   ($97.33)    ($60.00)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | $80.00 | $0.00 | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $140.00 |
| **Totals:** | **$80.00** | **$0.00** | **$60.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$140.00** |