UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
APR 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Russell Robinson, Propria Persona, )
   Plaintiff )
)
v. )  Civil Action No.06-2050(EGS)
)
ATTORNEY GENERAL OF UNITED STATES, )
ET.AL., )
   DEFENDANTS. )
)

OPPOSITION BRIEF TO 'ANSWER' FILED MARCH 20,2007.
_____

To the Honorable Court,
without Prejudice,UCC 1-207:

   COMES NOW,Russell Robinson,most respectfully,to this Honorable Court,opposing defendants 'Answer',"Point for point",as follows:

   1.Defendants,erringly state that"complaint fails to state claim upon which relief can be granted".While a basic and common defense;it is inapplicable,as the FEDERAL AGENCY 'UNITS',that are "co-respondents",are all Department of Justice,components,and have engaged in deliberate fabrication of testimony,as to Mr. Ishmael "Chuku" Brathwaite's testimony in CR:2004-05(JTG)DISTRICT COURT OF THE VIRGIN ISLANDS.The Department of Justice has the files requested:and release was to the THIRD CIRCUIRT COURT OF APPEALS,and Federal Judge,JAMES T.GILES,and Attorneys of Co-defendants,under "Attorney Confidentiality" as **officers of Federal Courts.**In the interest of justice,and **TRUTH**,and accountability; these records must be released as requested.

06-2050

2.As to second defense,Defendants,are in fact party to this suit,as the CHIEF LAW ENFORCEMENT OFFICIAL,over all UNITED STATES ATTORNEYS,of the UNITED STATES;and contractual obligation(s) witnessed by their voluntary taking of their respective oaths of office,as Agents of the Government of the UNITED STATES.As counsel for defendants is well aware,it was this Honorable court that directed service of the Attorney General of the UNITED STATES.

3.The documents sought will unequivocally prove that among other issues Mr.Ishmael 'Chuku' Brathwaite,committed perjury at the behest,of the AUSA,prosecuting the case referenced:I have personal knowledge as to the time he left the Virgin Islands,as his Children attended a school,that my children attended,and **MY MOTHER WAS AND STILL IS THE PRINCIPAL,of.**Independent private investigation has shown that he attended Job corps in New Jersey,**Not** high school in the Virgin Islands,as the FBI 302 tendered indicated.Further, this information/documents will eventually be disclosable pursuant to Rule 6,in a Habeas Corpus proceedings if necessary.

4.The UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, **always**,has Jurisdiction statutorily,and inherently over all actions involving the UNITED STATES;and counsel for defendants is well aware of same being more learned in the matters of law,than myself. Specifically,By virtue of it's very existence,the 'office'of "Attorney General",is the **property** of Corporate UNITED STATES; and any individual Sworn in,(i.e.**contracted),to** fill same 'job', becomes themselves,**property** of the UNITED STATES:Same as a Vessel

06-2050

found on the high seas,or foreign dry land for that matter,if **registered** to UNITED STATES CITIZENS,or Corporations:So defendant's denial of Jurisdiction as a matter of form should be **stricken from the record as being ludicrous**,and unbecoming of Counsel representing the UNITED STATES.

5.Defendants rightfully admit venue as being proper,so no opposition on that point is of sagacity.

6.Defendants engage in what they think is 'High English', specifically,...("Information to form a belief as **to the truth of falsity of the allegations..**"),mistakenly believing plaintiff to be beyond the slight intended.Plaintiff is well versed in the "Queen's English",and could,so choosing,teach English to post Doctoral candidates at Cambridge,England,if the desire were to arise.that being stated,plaintiff,respectfully states,unequivocally that the documents being deliberately witheld will conclusively prove surbornation of perjury,with complicity,by Former AUSA Patricia Sulzbach,simply to obtain a wrongfull conviction,in referenced criminal matter.Whatever the outcome,Plaintiff urges Judge Sullivan to order an "In Camera" Viewing of same requested Documents,to satisfy himself;as the integrity and public perception of the Federal Judiciary is at stake.Plaintiff further states that the legal arguments referenced,are encompassed to grant lucidity to nature and reason for request,in the interest of Justice,not collateral 'Discovery',as Plaintiff has ample other Appellate Grounds.Plaintiff invites This Honorable Court to view this matter on it's own merits,not clouded 'Answers'.

06-2050

**CONCLUSION**

For the above enumerated reasons, plaintiff prays and respectfully urges that defendants' "Answer", be stricken from the record, as unbecoming of a duly authorised "Attorney for the Government"; or in the alternative, denied as failing to state a claim upon which relief can be granted.

To the extent that any "Defense" was not specifically opposed; plaintiff expressly opposes same and requests that it be stricken from the record.

Plaintiff requests that this Honorable court order the production of the requested documents for it's inspection forthwith; then thereafter determine what is best in the interest of justice.

Plaintiff requests that this motion be granted.

Respectfully Submitted
Without Prejudice, UCC 1-207, by

_Russell E. Donaldson: Robinson, Propria Persona_

Russell Edouard Donaldson:Robinson,
Propria Persona, C/O, 04776.094
Unit 2C
Metropolitan Detention Center
P.O. Box 2005
Cataño, P.R. 00963-2005

CERTIFICATE OF FILING

I CERTIFY,PURSUANT to Title 28 Section 1746,that due to long extreme delays in obtaining copies,this opposition motion,is being filed directly to the clerk of the COURT,seeking service upon the defendants' counsel(will be checked on court's website); due to fact that "Answer" motion was received on April 2,2007. Same is effected via placement in the inmate mail receptacle,this April 2,2007,A.D. First class mail,postage prepaid.

*Russell Edouard Donaldson:Robinson*                    *Propria Persona*
Russell Edoaurd Donaldson:Robinson,
Propria Persona,C/O,04776.094
Unit 2C
Metropolitan Detention Center
P.O. Box 2005
cataño,P.R.00963-2005