### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL E.D. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  06-2050 (EGS) |
| | ) |
| ATTORNEY GENERAL OF THE UNITED | ) |
| STATES, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, through undersigned counsel, respectfully move for an enlargement of time, to and including May 22, 2007, within which to answer the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.   In support of this motion, defendant states the following:

1.   This FOIA case involves records plaintiff requested from multiple agencies: the United States Marshal Service; the Drug Enforcement Administration; the Federal Bureau of Prisons; and, the Executive Office for United States Attorneys.

2.   Defendants filed an Answer to the Complaint on March 20, 2007.  By Order dated March 23, 2007, defendants were given to May 1, 2007 within which to file their dispositive motion.  Defendants respectfully request that the date for the filing of dispositive motions be reset to May 22, 2007.

3.  In support of this motion, undersigned counsel states that although she is the counsel of record in this case, she was relying on the assistance of a Supervisory Paralegal Specialist in the Office who specialized in FOIA/PA litigation.  This employee recently left the United States Attorney's Office.  Because of her departure, undersigned counsel has had to reacquaint herself with aspects of this case.  Additionally, until today, the litigation file in this matter had been misplaced and upon locating the file, counsel realized that the current date for filing dispositive motions had passed as of three days ago.  Undersigned counsel anticipates that she will be able to prepare and file a dispositive motion on or before May 22, 2007, and respectfully requests that the Court grant this motion to reset the date for motions accordingly.

4.  Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested.

A proposed order granting the relief requested accompanies this motion.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114

555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE


I CERTIFY that on May 4, 2007, plaintiff was served with a copy of the foregoing

Motion for Enlargement of Time via first-class mail postage prepaid and addressed:


Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147


_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

RUSSELL E.D. ROBINSON,         )
                                     )

           Plaintiff,         )
                                     )

               v.          )    Civil Action No.  06-2050 (EGS)
                                     )

ATTORNEY GENERAL OF THE UNITED  )
  STATES, et al.,            )
                                     )

           Defendants.       )
_____ )

### P R O P O S E D   O R D E R

UPON CONSIDERATION of defendant's motion for enlargement of time, any

response thereto, and the record in this case, it is this _____ day of _____,

2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendant shall have to and including May 22, 2007 within

which to answer, move, or otherwise respond to the Complaint in this case.

_____
UNITED STATES DISTRICT JUDGE