UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Russell Robinson, Propria Persona
   Plaintiff

vs.

ATTORNEY GENERAL OF THE UNITED STATES, et.al.
   Defendants

Civil No.06-2050(EGS)

**SPECIAL VISITATION BRIEF SEEKING SUMMARY JUDGEMENT, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 56(a).**

To The Honorable Court
Without Prejudice, UCC 1-207:

   COMES NOW, Propria Persona, Plaintiff, Russell Edouard Donaldson: Robinson, (Hereinafter, 'Plaintiff'), most respectfully requesting, an order, entering a summary judgement in plaintiff's favor, as to all requested Documents being released as the court sees fit; Specifically, either completely, or "in camera", to THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, HONORABLE JAMES T.GILES, CHIEF JUDGE, (E.D.PA.), Other officers of the DISTRICT COURT OF THE VIRGIN ISLANDS, who are currently appointed to other co-defendants; under "Attorney Confidentiality", protocol.

   In support, Plaintiff attaches the following "Memorandum of Law", and affidavit based upon personal knowledge.

**MEMORANDUM OF LAW:**

Pursuant to the UNITED STATES SUPREME COURT'S holding in Rovario v. UNITED STATES,353US,77S.Ct.1 L.Ed.2d,639(1957),Mr.Ishmael "Chuku" Brathwaite,has already testified in open court,In RE: CR:2004-05-F-02(JTG),in the DISTRICT COURT OF THE VIRGIN ISLANDS; so there can be no countervailing interest of "Secrecy as to his identity".What has precipitated this FOIA/PA action and resultant "Judicial Review",was his **fabricated testimony**.Which a release of his Files will conclusively prove,that the Case agents and Assistant United States Attorney,conducting the prosecutuion were aware of.

In,Mesorosh v. UNITED STATES,353 U.S. 1 L.Ed.2d 1,77 S.Ct. 1, it was held:("The dignity of the UNITED STATES GOVERNMENT will not permit the conviction of any person on tainted testimony.")In the instant underlying,case,the testimony in question was **fabricated**; rendering it worse that "tainted" truthful testimony.Making it even worse is **knowing** use of same by officers of the Department of Justice,within the context of a prosecution.

Factually,there is a DEA 6,authored by B.I.C.E.,RAIC,Hillary Hodge Jr.wherein the information contained therein was given to him by Mr.Ishmael "Chuku" Brathwaite ;(this was given in discovery).In that DEA 6,it is clear that Mr.Brathwaite is being informed "second hand",about the purported activities of Mr.Alvin "Tatoo" Hodge; which he passed to Mr.Hillary Hodge Jr.Subsequently via various, affidavits authored by I.C.E. S/A.David Levering,FBI 302's authored by Robert Lasky,and affidavits authored by DEA S/A,Joseph Tokarz, it is apparent that Mr.Brathwaite'assumes',Mr.Alvin "Tatoo" Hodge's

purported 'Role'.Mr.Ishmael "Chuku" Brathwaite goes from passing 'Second hand information' **about** Mr.Alvin "Tatoo" Hodge,to **assuming Mr.Hodges's identity**,for the purposes of giving "First hand" testimony.Due process cannot permit such.Federal Judiciary Integrity and public perception cannot permit such.Further,same requested records will eventually have to be made available via Rule 6,of a '2255' hearing if same becomes necessary.So judicial economy, dictates that this information should be released now.Also attached is an affidavit that will clearly show that via research and personal knowledge,it is clear that Mr.Ishmael "Chuku" Brathwaite lied about the most basic matters that can be easily verified by still existing records.

**CONCLUSION:**

WHEREFORE,Plaintiff requests a hearing,that the Oaths of office as required mandatorily by Article VI,Clause iii,of the CONSTITUTION OF THE UNITED STATES,as codified at Titles 5,U.S.C. sections,2903, 2906,3331;28 U.S.C. sections 515,543,544;UNITED STATES ATTORNEY, JEFFREY A. TAYLOR,D.C.BAR # 498610,AUSA RUDOLPH CONTERERAS,D.C. BAR # 434122,AUSA MADELYN E. JOHNSON,D.C.BAR #292318,be filed into the public side administrative record of this case;and that this motion be granted via full disclosure of all requested records to plaintiff,Propria Persona,Russell Edouard Donaldson:Robinson.

```
                              Respectfully Submitted
                              Employer ID# 580195059
                              Without Prejudice,UCC 1-207
```

Russell Edouard Donaldson:Robinson,SPC
in behalf of RUSSELL E.D.ROBINSON,ENS
LEGIS;Exemption ID#580195059,Pre-Paid
Preferred Stock Priority-Exempt from
Levy.

## AFFIDAVIT UNDER PENALTY OF PERJURY.

I,the undersigned natural person,do hereby,pursuant to Title 28, U.S.C.,section 1746,state the following:

1.I personally know,Mr.Ishamel "Chuku" Brathwaite,from living on St.Thomas,VIRGIN ISLANDS OF THE UNITED STATES.

2.His daughter,Stephanie Brathwaite,attended the Ulla F.Mulla, Elementary School,where Mrs.Ophelia Shillingfors,neé"Robinson", was the Principal at the time his daughter attended.

3.My Children,Tenesha,T'Qwan,Brittany,Don,and T'nequa attended same Elemenatry school during same time Mr.Brathwaite's daughter attended.

4.Mr.Brathwaite's Daughter,"Stephanie" was crowned 'Queen' for the school year,begining September 2000-June 2001.

5.I am personally aware that Mr.Brathwaite left the VIRGIN ISLANDS OF THE UNITED STATES,on or about Febuary 2001.(This is clear as we always picked up our children at the same time:and when I inquired from his daughter as to his repeated absences,she told me,he had left the Island).

6.I personally saw Mr.Brathwaite testify in open court to events that purportedly occured **after** the time he in fact left the Islands. (he also testified that **he never returned after leaving the Islands, except for his presence in court to now testify.**)

7.A FBI 302,authored by FBI S/A.Rob Lasky states that Mr.Brathwaite attended High School in the VIRGIN ISLANDS;when in fact post trial investigation revealed that he attended **JOB CORPS,in New Jersey**, with individuals that are willing and available to testify to these facts;as he spent weekends at their aunt's house in Brooklyn New York,in their company.

Affiant further sayeth naught.
Respectfully
Employer ID#580195059
Without Prejudice,UCC 1-207

*Russell Edouard Donaldson:Robinson,SPC*
Russell Edouard Donaldson:Robinson,SPC
in behalf of RUSSELL E.D.ROBINSON,ENS
LEGIS;Exemption ID#580195059,Pre-Paid
Preferred Stock Priority-Exempt from
Levy.

4 of 5

## CERTIFICATE OF SERVICE.

It is hereby certified purusuant to Title 28,section 1746,that the undersigned,filed and served this motion via Certified mail, return receipt # 7006 2150 0000 4862 5761,to the Clerk of the DISTRICT COURT,FOR THE DISTRICT OF COLUMBIA,at:333 CONSTITUTION AVE. WASHINGTON D.C.,20001;and copies served on the UNITED STATES ATTORNEY GENERAL,first class mail,postage,pre-paid,at the following address;by placement in the inmate mail recptacle,this May 9,2007..
AUSAS:RUDOLPH CONTRERAS,D.C. BAR # 434122
      MADELYN E. JOHNSON,D.C. BAR # 292318
      U.S. Attorney's office,Room E4114
      555 4th Street,N.W.
      WASHINGTON,D.C.20530
      (202)514-7135

Same is affirmed with the affixation of my signature,this May 9,2007.

                Respectfully Submitted
                Employer ID#580195059
                Without Prejudice,UCC 1-207

                Russell Edouard Donaldson:Robinson,SPC
                in behalf of RUSSELL E.D.ROBINSON,ENS
                LEGIS;Exemption ID#580195059,
                Pre-Paid Preferred Stock Priority-
                Exempt from Levy.