May 24,2007

Russell Robinson,(c)1966,SPC;C/O,USM Acct.# 04776.094
Federal Correctional Institute
P.O. Box 779800
Miami,FL.33177

NANCY MAYER WHITTINGTON,d/b/a
CLERK OF THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave
WASHINGTON,D.C.20001

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:Address change.

Dear NANCY WHITTINGTON MAYER,CLERK,

        I write to apprise you that my current address is as captioned.To preclude delays,and mis-communication I now also include this alternate address,wherein, I ask that all future correspondence In RE:06-2050(EGS),be also fowarded:"Russell Robinson(c) ,SPC,C/O,P.O. Box 302402,St.Thomas, USVI,00803."

        I Remain
        Respectfully
        Without Prejudice
        Employer ID# 580195059

        *Russell Edouard Donaldson:Robinson (c)1966, SPC*
        Russell Edouard Donaldson:Robinson,
        (c),SPC