UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL E.D. ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2050 (EGS) |
| ) | |
| **ATTORNEY GENERAL** ) | |
| **OF THE UNITED STATES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

This matter is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. By Order of the Court, defendants have until June 8, 2007, within which to file a consolidated dispositive motion and opposition to plaintiff's motion for summary judgment. By this motion, defendants seek a further brief enlargement of four business days within which to file.

1. By letters directed to various components of the Department of Justice (DOJ), plaintiff sought records relating to one or more third parties. See Complaint at 2. Each component responded similarly declining to confirm or deny the existence of responsive records and/or claiming FOIA exemption (b)(7)(C) which exempts from disclosure records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of

third parties.[1]  Plaintiff appealed from the responses he received from the FBI, EOUSA, USMS and DEA to the Office of Information and Privacy, which affirmed.  This civil action followed.

2.  Defendants sought and were granted until today, June 8, 2007 within which to file their opposition to plaintiff's dispositive motion and defendants' cross-motion for summary judgment on the grounds that there exists no genuine dispute regarding the material facts and defendants are entitled to judgment as a matter of law.

3.  As noted above, although the issues presented in this case are fairly straightforward ones,  this case involves requests that went to multiple components of the Department of Justice.  Counsel has obtained declarations and documents supporting summary judgment but is still in the process of obtaining declarations from two of those components.  Undersigned counsel requests this enlargement of time so that defendants may file one, consolidated motion and supporting memoranda with appropriate declarations rather than filing in piecemeal fashion.  Accordingly, counsel requests until

---

[1] Specifically, the Federal Bureau of Investigation refused to either confirm or deny the existence of any records responsive to plaintiff's request to them.  Similarly, Drug Enforcement Administration (DEA), without confirming or denying the existence of responsive records, advised the plaintiff that DEA could not process plaintiff's request without proof of the death of the third parties or their authorization for release of any records to plaintiff should such records exist.  Likewise, the Executive Office for U.S. Attorneys and the U.S. Marshals Service declined to release records to the plaintiff pursuant to FOIA exemption (b)(7)(C) which protects from disclosure records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

Thursday, June 14, 2007 within which to file defendants' consolidated opposition and cross-motion for summary judgment.

    4.  Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained plaintiff's position as to the relief requested.

    WHEREFORE, Defendant respectfully requests that this motion be granted.

    Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on June 8, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147

Pursuant to plaintiff's notice of address change filed May 29, 2007, a copy of the foregoing was also served via first-class mail postage prepaid and addressed:

Russell Robinson
SPC, C/O Post Office Box 302402
St. Thomas, USVI 00803

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135