UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Russell Robinson(c)1966,SPC )
Propria Persona, )
   Plaintiff )
)
     v. )
)
ATTORNEY GENERAL OF THE )
UNITED STATES,et.al. )
   DEFENDANTS )

Civil No.06-2050(EGS)

SPECIAL APPEARANCE INFORMATIVE BRIEF SEEKING SANCTIONS,
PURSUANT TO TITLE 28 § 1927,DUE TO APPARENT "BARRARTRY",
AND INTENTIONAL "OBSTRUCTION OF JUSTICE" AND FLAGRANT DIS-
REGARD OF FEDERAL RULES OF CIVIL PROCEDURE,RULE 5 ET.SEQ.,
"SERVING AND FILING PLEADINGS AND OTHER PAPERS".

To the Honorable Court
Without Prejudice,UCC 1-207:

   COMES NOW,Propria Persona,Plaintiff,Russell Edouard Donaldson:
Robinson,(hereinafter,"Plaintiff"),filing this instant Special
Appearance Brief seeking sanctions pursuant to cited statute,against
RUDOLPH CONTERERAS,D.C.BAR # 434122,and MADELYN E.JOHNSON,D.C.BAR #
292318,each respectively d/b/a,ASSISTANT UNITED STATES ATTORNEYS,
In Re captioned Civil Matter(s),for failure,to follow F.R.Cv.Proc.
Rule 5,et.seq.,notwithstanding their superior knowledge in the Law.

   Further their continued malfeascence,via their "Ex Parte" plead-
ings to this Honorable Court,serve no valid purpose but to incite
"Barraty";and effect a defacto "Obstruction of Justice",by negating
their ethical duty of Candor to inform the ADMINISTRATIVE OFFICE
OF UNITED STATES COURTS,that the JUDGEMENT IN A CRIMINAL CASE,In
Re,DISTRICT COURT OF THE VIRGIN ISLANDS,Cr:2004-05-F-02(JTG),is
predicated on FRAUD AND DECEIT upon a UNITED STATES DISTRICT COURT.

In violation of their CONSTITUTIONAL Voluntary Oaths of Office, they continue to seek refuge in unstated ploys of delay(s), simply to "co-sign" de facto defrauding and deceiving the FEDERAL JUDICIARY.

WHEREFORE, upon these facts, supported by attached affidavit under the penalty of perjury, this honorable court, should impose statutory sanctions pursuant to Title 28 U.S.C. § 1927, against **both** AUSA'S, in the amount of Ten thousand Dollars, de jure lawfull currency of the UNITED STATES, ($10,000.00), **per day**, for each and every day beyond the court's original January 4, 2007, A.D. due date for response to the civil matter(s) sub judice. In an effort to cause unreasonable delays, and derail potential appeals if necessary, the above named AUSA'S, have never, since Plaintiff's initial opposition to their request for extension of time, served Plaintiff any of their Pleadings as required in F.R.Cv.Proc.R 5, et.seq. For the previously stated reasons, Plaintiff requests a hearing, and that this Special appearance Brief be granted in it's entirety, forthwith, along with plaintiff's Summary Judgement Special visitation Brief.

Dated: June 30, 2007, A.D.

Respectfully Submitted
Without Prejudice, UCC 1-207
EIN # 580195059

Russell Edouard Donaldson:Robinson(c)
1966, SPC, in behalf, RUSSELL E.D
ROBINSON, ENS LEGIS
Pre-Paid-Preferred-Stock-
Priority
Exemption ID # 580195059
Exempt from Levy.

## AFFIDAVIT UNDER PENALTY OF PERJURY.

Pursuant to Title 28 U.S.C. § 1746,the undersigned Plaintiff,do state that all the assertions/statements/allegations in the attached Special appearance Brief are accurate/true and correct,and stated under the penalty of perjury,in front of GOD ALMIGHTY,and pursuant to cited statute;and are reaffirmed on Plaintiff's unlimited Commercial liability this June 30,2007,A.D.,by the affixation of Plaintiff's authograph/signature.Affiant further sayeth naught.

Respectfully
Without Prejudice,UCC 1-207
EIN # 580195059

Russell Edouard Donaldson:Robinson(c)1966,
SPC,in behalf of RUSSELL E.D.ROBINSON,
ENS LEGIS,Pre-Paid-Preferred Stock-
Priority
Exemption ID # 580195059
Exempt from levy.

## CERTIFICATE OF SERVICE/FILING

Pursuant to Title 28 U.S.C. § 1746,and ALMIGHTY GOD,plaintiff affirms on his unlimited Commercial liability,that this July 3rd, 2007,A.D.in compliance with the "Inmate mail box rule",these documents were delivered to the mailroom of FCI,Miami,Postage pre-paid,(Certified mail # 7006 2760 0003 6097 6795-to CLERK OF D.C. COURT),and first class postage pre-paid,at the following addresses:

CLERK OF DISTRICT COURT,D.C.
333 CONSTITUTION AVE,
WASHINGTON,D.C.20001

AUSA'S:RUDOLPH CONTERERAS
         MADELYN E. JOHNSON
U.S.ATTORNEY'S OFFICE,Room E4114
555 4th Street,N.W.
WASHINGTON,D.C.20530.

Respectfully
Without Prejudice,UCC 1-207
EIN # 580195059

Russell Edouard Donaldson:Robinson(c),
1966,SPC.FCI Miami,FL.P.O.B 779800
Miami,FL.33177.