UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL E.D. ROBINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-2050 (EGS) |
| | ) |
| **ATTORNEY GENERAL** | ) |
| **OF THE UNITED STATES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through their undersigned counsel, oppose plaintiff's motion for summary judgment. In support of this opposition, the Court is respectfully referred to the defendants' motion for summary judgment filed July 12, 2007, the statement of material facts as to which there exists no genuine dispute, the defendants' memorandum of points and authorities in support of their motion for summary judgment, and the declarations and exhibits filed in support of that motion. *See* Dkt # 23. For the reasons stated in the defendants' moving papers, incorporated by reference here, the Court should deny plaintiff's motion for summary judgment and, instead, grant defendants' dispositive motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR# 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on July 12, 2007, plaintiff was served with a copy of the foregoing Opposition to Plaintiff's Motion for Summary Judgment via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Federal Correctional Institute
P.O. Box 779800
Miami, FL 33177

and

Russell Robinson
SPC C/O P.O. Box 302402
St. Thomas, USVI 00803

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135