Certified Mail # <u>7006 2760 0003 6097 5880</u>

**RECEIVED**
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Russell Robinson(c)1966,SPC, 'Real Party In Interest', <br> Plaintiff <br><br> v. <br><br> ATTORNEY GENERAL OF THE UNITED STATES, et al., <br> Defendants. | Civil Action No. 06-2050(EGS) <br> SPECIAL VISITATION AFFIDAVIT UNDER THE PAINS AND PENALTIES OF PERJURY,PURSUANT TO TITLE 28 U.S.C. § 1746,AND BEFORE ALMIGHTY GOD;IN OPPOSITION TO DEFENDANT'S "MOTION FOR SUMMARY JUDGEMENT". |

To the Honorable Court,
Without Prejudice,UCC § 1-207:

    Plaintiff,Real Party In Interest,Russell Edouard Donaldson: Robinson(c)1966,SPC;Propria Persona,most respectfully,pursuant to Fed. R. Civ. P. 56 (a),moves in strenous opposition to DEFENDANTS' 'cross summary judgement motion':for same fails to state a claim upon which relief can be granted,and it is erroneous,to the point of being disingenious,if not misleading-raising serious ethical considerations given all "Attorneys'" duty of candor **to the Court.**

    Specifically,it is presumed that said Attorneys who prepared same referenced motion at least read the material they propose to keep sealed.For same is a prima facie showing of the Government **fabricating** testimony via the surbornation of perjury;condoning conduct that is contempous of the court,[during Criminal trial, 04-05-F-02(JTG) DISTRICT COURT OF THE VIRGIN ISLANDS,STX Division], in plain view of the jury;substituting sources of information to testify in each others' stead;committing knowing fraud and deceit

upon a FEDERAL COURT of the UNITED STATES, within the context of a Criminal prosecution, among other false and inflammatory accusations, all the time having in their possession facts different to those expressed to the trial court.

There is a genuine dispute as to what the governing 'facts' of this instant claim are; to wit:

Plaintiff states the following under Penalty of Perjury:

1. The Overiding public perception and interests overide any secrecy concerns associated with witheld documentation concerning 'witnesses' who have already testified in open FEDERAL COURT proceedings, albeit **falsely**, at the direction of the case agent and AUSA Patricia Sulzbach.

2. Ishmael "Chuku" Brathwaite testified to two, (2), "Drug runs", knowing co-defendant Craig Hendricks since High School in the Virgin Islands -riding bicycles together, "being on board the vessels during the runs, 'just in case something happened'", among other untruths: [the FBI 302, given by the government indicates, three, (3) purported 'Drug runs', Mr. Brathwaite speaking to some OIG S/A "Haney", about supposed Local police Corruption, among other things].

3. The affidavit in support of the criminal complaint had Mr. Brathwaite listed as a "Former Boat captain of Hendricks", i.e. "CS 2", who was in fear for his life from 'other local drug dealers'. [Authored by DEA S/A Joseph Torkarz].

4. Investigation has shown that Mr. Brathwaite was a documented informant for both local and FEDERAL authorites as early as the mid, Nineteen nineties; so records of these purported three, (3)

'Drug runs' must be on file somewhere,as per DOJ,'Confidential informant guidline manual' and commonsense procedures.

5.My biological Mother Mrs.Ophelia Shillingford is and was the Principal of Ulla F. Muller elementary School where Mr. Brathwaite's children went to school,during the years of 1999-present.(and was the assistant principal immediately preceding that time.)

6.My children attended that school during the same times.

7. My children and Mr.Brathwite's children know each other.

8.I personally was told by Tiffany Brathwaite,(Mr. Brathwaite's daughter)exactly when her father left the Virgin Islands;Febuary 2001.

8.Mr. Brathwaite testified to beingon a vessel in December of 2001; thought he testified :"after leaving for my safety,I never returned to the Virgin Islands except for right now to testify at this trial".

9.I am in possession of an attached affidavit,showing that Mr. Brathwaite attended Job Corps in New Jersey,not High  School in St.Thomas,U.S.V.I. .

9.Mr. Brathwaite testified to having telephone conversations with Mr.Hendricks,about illegal acts at times when he was already living in Miami,Florida,and no long distance phone bill or DEA or FBI documentation authorising said calls.

10.Mr.Hector Rivera Jr. was apparently shot on June 8,2003, (According to the Government's repeated assertions to the trial judges,magistrates,Appellate Court,supposedly by some individual(s) at my direction).

11.I have now an affidavit in support ofan'area' bug,authored

DEA S/A Labron Hawk, filed in the DISTRICT of PUERTO RICO, FEDERAL COURT, under Miscellaneous case No.04-031(PG), approved by an attorney from the Criminal division in WASHINGTON D.C., (the same office CYNTHIA STONE works out of), that asserts that some group known as "the Commission" were being investigated because credible information indictated that they were retaliating against Mr. Hector Rivera Jr. for 'giving information about them'.(Page # 8 of DEA S/A Labron Jawk's affidavit. I have an exact copy in my possession, available if this Honorable court so requests). This information was bein bandied about since on or about August 2004; but in October 2004, AUSA Patricia Sulzbach continued to assert that 'arrest of Robinson was imminent for same act'. In 2006, CYNTHIA STONE filed same response to my Appellate Bond, case no. 06-1283, in the Third circuit court of Appeals, in opposition to my application for Appellate Bond.

12. It is apparent that Mr. Rivera is dead as a door nail so there is no reason to withold all his files, in that DEA S/A Torkarz, narrated excerps of his intelligence gathering, without benefit of furnishing the defense any discovery as to his other files.

13. Mr. Hector Rivera Sr., during trial was ejected in plain view of the jury.

14. U.S. Marshal "Drake" told me personally that "I ejected him because of his attitude."

15. He wrote to the prosecutor, AUSA Patricia Sulzbach, who indicated to James T. Giles the judge, "I have a note from Mr. Rivera, who thinks it is his Right to be here":(there was a sidebar and he was re-admitted without any explanation or admonishment for his

behaviour that got him ejected in the first place.

16. I was transported daily to and from Puerto Rico to St.Croix, in substandard aircraft, by the U.S. Marshal SOG, and treated with conditions worse than torture, due to false allegations-I want those libelous and slanderous documents.

17. Mr. Hillary Hodge Jr. B.I.C.E. RAIC, authored a DEA 6, wherein he was given information by Mr. Ishmael "Chuku" Brathwaite, about the alleged activities of Mr. Alvin "Tatoo" Hodge.(I have a copy of same)

18. At trial Mr. Brathwaite **testified** as if he was Mr. Hodge.

19. Mr. David Peltier testified to hearing an aircraft fly overhead his house; when investigation showed that he was at work, on a different Island, St.John on the day in question as a fireman on a twenty four hour shift duty-all already known to the Prosecutor.

20. Mr. Peltier claimed to have stopped flying Mr. Hendricks, in January 2003. I have since obtained a FOIA Customs General Declaration form showing that he flew on Febuary 14, 2003, (a date I supposedly flew).

21. Mr. Anthony "Tony" Ottley, is now living freely in the UNITED STATES, though he is a foreign national without any U.S. Documentation yet there was no discovery of any "deals" or documentation of the facts of his 'cooperation agreement'.

22. I filed an affidavit in support of Summary Judgement, which to date is **unrebutted**, and therefore stands as **truth and fact.**

  WHEREFORE, as stated in UNITED STATES v. KIS, 658 F.2d 526(1981), Id at 537, ("The assertions by affidavit of a valid Civil purpose

are adequate to show a Prima facie case that would support the issuance of a show cause order"),and given the Government's interest in maintaining the integrity of the FEDERAL JUDICIARY:in light of the fact that Plaintiff has asked for release to a FEDERAL APPELLATE Court,a FEDERAL Judge,and Officers,of FEDERAL Courts,there can be no exigent likelihood of 'investigations being compromised,or individuals being accosted or intimidated'.

The rudimentary elements of Due process having being offended by the use of these individuals,in open court,to simply attain a wrongfull conviction of myself,demand that the overiding public interests would be well served by offering transparency to processes,that are in fact reminiscent of Cold War era Soviet Republic.

In the interest of justice and in comport with their own Oaths of Office,to uphold the CONSTITUTION and laws of the Republic, which is a contract,Plaintiff requests that,pursuant to C.F.R. 28 § 68.23,EMMET G. SULLIVAN,d/b/a,UNITED STATES DISTRICT JUDGE, administer the "Rudimentary demands of Justice" he has sworn to uphold,review 'in camera' requested material,then issue an order striking DEFENDANTS' pleading from the record;Granting Plaintiff's request for full release of said documentation,and convene a hearing if necessry with plaintiff present.

**In the alternative,should Plaintiff's motion is denied either in part or in whole,Plaintiff herein files a Notice of Appeal to the Federal Circuit's Appellate Court,and requests to be served with this Court's decision within three(3),days of receipt, of this filing.**

- 6 of 7 -

**Dated:July 25,2007,A.D.**,at FCI.Miami,and stated pursuant to Title 28 U.S.C. § 1746.

                           Respectfully Submitted
                           Without Prejudice,UCC § 1-207

                           _____
                           Russell Edouard/Donaldson:Robinson(c)1966,SPC
                           'Real Party In Interest'
                           Pre-Paid-Preferred-Stock-Priority
                           Exemption Id # 580195059
                           Exempt from Levy.

## CERTIFICATE OF SERVICE/FILING

I the Undersigned,do state Pursuant to ALMIGHTY GODS Scripture, James 5:12,"My yes is my yes,and my no is my no" and Title 28 U.S.C. § 1746,invoking the inmate mailbox rule,that this motion/ affidavit in opposition,was filed to the CLERK,NANCY MAYER WHITTINGTON, at: 333 CONSTITUTION AVE,N.W.,U.S. COURTHOUSE,WASHINGTON,D.C.20001; and exact copies served upon the following individuals:

JEFFREY A. TAYLOR,D.C. BAR # 498610,d/b/a
UNITED STATES ATTORNEY

RUDOLPH CONTERERAS,D.C. BAR # 434122,d/b/a
ASSISTANT UNITED STATES ATTORNEY

MADELYN E. JOHNSON,D.C. BAR # 292318,d/b/a
ASSISTANT UNITED STATES ATTORNEY

ALL AT:
U.S. ATTORNEY'S OFFICE,Rm. E4114    Without Prejudice,UCC § 1-207
555 4th Street,N.W.
WASHINGTON,D.C. 20530
(202) 514-7135

                           _____
                           Russell Edouard Donaldson:Robinso(c)1966,SPC
                           'Real Party In Interest'
                           Pre-Paid-Preferred-Stock-Priority
                           Exemption Id 3 580195059
                           Exempt from Levy.

## AFFIDAVIT UNDER PENALTY OF PERJURY.

I Justina Mala,being over the age of twenty one,(21),years ; being of sound mind and body:being first duly sworn and deposed, do freely make this affidavit based upon personal knowledge of the facts stated herein,and herewith-without any threat(s),intimidation,coercion,promises,inducement(s),payment(s),offer(s), e.t.c.

1.Ishmael "Chuku"Brathwaite,is known personally to me as an individual who is approximately two years of age younger than my own son,Allen Richardson;with whom he attended "Job Corps",in New Jersey.(In and around the years of our lord,1979-1980-81).

2.Thereafter,Mr.Ishmael "Chuku"Brathwaite continued to maintain contact with my son,and even furnished me with rides from work at times,to my house in St.Thomas,VIRGIN ISLANDS OF THE UNITED STATES.He was not in any High School in St.Thomas,at any of those times.(to the best of my Knowledge)

3.Mr.Ishmael "Chuku" Brathwaite,basically grew up around my household and family as what is commonly refered to as an "Island Son"-sort of like unofficial children.

4.It is currently my understanding that Mr.Ishmael "Chuku" Brathwaite got himself into some compromising situation and relocated to the mainland UNITED STATES,a few years ago.END.

5.Affiant further Sayeth Naught.

Dated:   July 20 ,2007,A.D.

Justina Mala,
451 Gannet Court
Kissimee Fl.34759.

LILLIAN VAZQUEZ
Comm# DD0296000
Expires 3/3/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

Lillian Vazquez
7/20/07

**NOTARY JURAT**