Certified Mail Contract # 7004 2890 0002 3349 1150

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Russell Robinson(c)1966,SPC,<br>'Real Party In Interest',<br>Propria Persona,Holder-In-Due-Course,<br><br>    Plaintiff<br><br>    Vs.<br><br>ALBERTO GONZALES,d/b/a/<br>ATTORNEY GENERAL OF THE<br>UNITED STATES,et al.<br>    DEFENDANTS. | Civil Action No.06-CV-2050(EGS)<br>SPECIAL VISITATION AFFIDAVIT OF<br>STATEMENT OF CLAIM,UNDER PENALTY<br>OF PERJURY:IN OPPOSITION TO<br>DEFENDANTS' MISREPRESENTATIONS<br>ESCONCED,IN THEIR PLEADINGS,<br>DATED"JULY 30,2007". |

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Honorable Court,
Without Prejudice,UCC §
1-207,to any other processes:

COMES NOW,Russell Edouard Donaldson:Robinson(c)1966,SPC, Propria Persona,'Real Party In Interest',Holder-In-Due-Course,of instant **Claim**,(which is pending "Administration",**not** "Adjudication"), to this Honorable Court,pursuant to Title 28 U.S.C. § 1746's "Penalty of Perjury" provision;setting forth this "Special Visitation Affidavit",in opposition to Defendants' Pleading dated: "July 30,2007".

1.Plaintiff,is a Secured Party Creditor;who is proceeding,via "Special Visitation";i.e. not conceding this Honorable Court's adjudication,ability but seeking it's "ministerial" capacities, In Re these matters to preclude,"Private Administrative Processes".

2.Plaintiff's requests **are not** an attempt to garner documentation to 'fight' a "Conviction",neither for himself nor Mr.Fleming.

3.Plaintiff seeks Documentation to **prove beyond all possible doubt the veracity of other documents that Plaintiff is in possession of:**(At another location than where Plaintiff is now

- 1 -

currently domiciled); that clearly show that **knowing FRAUD, DECEIT,and SURBORNATION OF PERJURY**,via false testimony of Ishmael "Chuku" Brathwaite,and others,was used within a FEDERAL "PROSE-CUTION";by the attendant Prosecutors and case agents.

4.Plaintiff is the Holder-In-Due-Course of the filings In Re this matter;and as such can **agree** to joinder of whomever Plaintiff sees fit,**in the interest of Justice and truth:especially when the individual is a similarly situated individual.**

5.Plaintiff's Civil Action as captioned is not of substance, other than the fact of "Rudimentary Demands of Justice",In Re the related Appellate matters,docketed within the administrative record of the Third Circuit Court,(Case No. 07-2369):Plaintiff invites the court to view Plaintiff's filings as it will clearly show that the issue of Mr. brathwaite's **FALSE TESTIMONY**,was not even briefed,(so as to not accord or detract from real issues).

6.Plaintiff is in fact proceeding via other processes,some public,some private to remedy same FALSE AND FABRICATED Testimony.

7.Plaintiff's joinder of Mr. Fleming is of no consequence,or moment to the underlying facts;i.e. Government **FABRICATION,AND PRESENT COVER UP OF DOCUMENTS TO PROVE BEYOND ALL POSSIBLE DOUBT; THE EXISTENCE OF SAME FRAUD UPON A FEDERAL COURT BY IT'S OFFICERS: SIMPLY TO WRONGFULLY CONVICT Plaintiff.**

WHEREFORE,Plaintiff seeks that this Court Strike Defendants' "July 30,2007" pleading from the record;deny same;deny,defendants' 'cross summary judgement' motion:and **Grant** Plaintiff's Summary Judgement motion.A hearing is requested so as to permit elucidation of the facts subjudice.Plaintiff further sayeth naught.

CONCLUSION:

In the interest of Justice and judicial economy,Plaintiff requests that the totality of the facts should be reviewed in it's entirety;and Plaintiff's Summary Judgement Special Visitation Brief should be granted in it's entirety.

Respectfully
Without Prejudice,UCC § 1-207

Russell Edouard Donaldson:Robinson(c)1966,SPC
Under Necessity,Without Prejudice,UCC § 1-207
C/O,U.S. MARSHAL ACCOUNT # 04776.094
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami,FL. 33177

### CERTIFICATE OF FILING/SERVICE.

I CERTIFY,that on August 08,2007,A.D.,pursuant to Title 28 U.S.C. § 1746;invoking the inmate mailbox rule,that the original was filed via U.S. Postal Certified Mail contract # 7004 2890 0002 3349 1150;(Postage pre-paid),to the :NANCY MAYER WHITTINGTON,d/b/a, "CLERK" OF THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,333 CONSTITUTION AVENUE,N.W.,WASHINGTON,D.C.20001;and exact copies served ,first class mail,postage pre-paid,upon the following:

JEFFREY A. TAYLOR,d/b/a
UNITED STATES ATTORNEY,
D.C. BAR # 498610

RUDOLPH CONTRERAS,d/b/a
AUSA;D.C. BAR # 434122

MADELYN E. JOHNSON,d/b/a
AUSA,D.C. BAR # 292318
U.S. Attorney's Office,Rm E4114
555 4 th Street,N.W.
WASHINGTON D.C.20530
(202) 514-7135

Without Prejudice,UCC § 1-207

Russell Edouard Donaldson:Robinson(c)1966,SPC