IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Russell Robinson(c)1966,SPC,'Real Party In Interest'Propria Persona<br><br>    Plaintiff<br><br>         v.<br><br>ALBERTO GONZALES,d/b/a ATTORNEY GENERAL OF THE UNITED STATES,<br><br>et al.<br><br>    DEFENDANTS | Civil Action No. 06-CV-2050(EGS)<br><br>**AFFIDAVIT IN OPPOSITION TO DEFENDANTS' AUGUST 9,2007, FILING;WITH ATTACHED SECURITY AGREEMENT,U.C.C. 1 FORM IN SUPPORT;PROFERRING AGREEMENT TO RELEASE OF RECORDS REQUESTED.** |

To The Honorable Court
Without Prejudice,To
any pending processes
U.C.C. § 1-207.7:

   COMES NOW,Propria Persona,'Real Party In Interest',Secured Party,Russell Edouard Donaldson:Robinson(c)1966,SPC,filing **notice** of intended 'Private Commercial Lien' to correct the manifest In-Justice,being continually supported by the Governments Proponents, the Assigned Assistant United States' Attorneys,furthering this cause.Plaintiff files the instant Documents with service being effected on the government's representatives,to serve on DEBTORS, for their respective acceptance or rebuttal,within three days of receipt:or Secured Party,will file same and report same filing to Trans Union,Equifax,TRW,Credit reporting Agencies.

   Plaintiff respectfully asserts that the signature accomodations utilised satisfy the "Signature" requirement as **the Assistant United States Attorneys AND THE U.S. ATTORNEY SIGNED THEIR CROSS SUMMARY JUDGEMENT IN SAME MANNER.**

**RECEIVED**          - 1 -

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE,Plaintiff Secured Party,requests atht the Governments' Crosss Summary Judgement Motion should be stricken from the record, if the signature requirement is insufficient,a hearing be convened forthwith;and Plaintiffs Summary Judgement Petition be granted, by forthwith release of all requested records.Preceding pursuant to Title 28 U.S.C. § 1746,this August 15,2007,anno domini.

                        Respectfully Submitted
                        Without Prejudice/UCC § 1-207.7

                        Russell Edouard Donaldson:Robinson(c)1966,SPC
                        'Real Party In Interest',Propria Persona

CERTIFICATE OF SERVICE

I CERTIFY,Pursuant to ALMIGHTY GOD,and Title 28 U.S.C. § 1746, that via the U.S. Postal Service Certified Mail contract # 7004 2890 0002 3349 2669;the original was filed to NANCY MAYER WHITTINGTON, d/b/a CLERK of the DISTRICT COURT;and Via First Class Mail,Postage Pre-Paid,exact copies were served upon the UNITED STATES ATTORNEY'S OFFICE at Rm E 4114,555 4th Street,N.W. WASHINGTON,D.C. 20530; this August 16,2007,invoking the inmate mailbox rule,by delivery to the FCI Miami,Mailroom Staff.

                        Respectfully
                        Without Prejudice/UCC § 1-207.7

                        Russell Edouard Donaldson:Robinson(c)1966,SPC
                        'Real Party In Interest'Propria Persona.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Russell Edouard Donaldson:Robinson(c)1966,
SPC,C/O,04776.094
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. 33177

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | ISHMAEL 'CHUKU' BRATHWAITE,SR. ENS LEGIS | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 1c. MAILING ADDRESS: GPO Delivery | CITY: Miami | STATE: FL | POSTAL CODE: 00000 | COUNTRY: usA |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: ENS LEGIS | 1f. JURISDICTION OF ORGANIZATION: Private | 1g. ORGANIZATIONAL ID #, if any: D.E.A./F.B.I.'CI' ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | ALVIN 'TATOO' HODGE,SR. ENS LEGIS | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS: GPO Delivery | CITY: TORTOLA | STATE: BVI | POSTAL CODE: | COUNTRY: U.K.Dep |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: ENS LEGIS | 2f. JURISDICTION OF ORGANIZATION: Private | 2g. ORGANIZATIONAL ID #, if any: D.E.A./F.B.I.'CI' ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME: Robinson | FIRST NAME: Russell | MIDDLE NAME: Edouard Donaldson | SUFFIX: I | |
| 3c. MAILING ADDRESS: P.O. BOX 779800 | CITY: Miami | STATE: FL | POSTAL CODE: 33177 | COUNTRY: usA |

**4. This FINANCING STATEMENT covers the following collateral:** See attached Special Security Agreement,"True Bill"for value sum certain $500,000,000.00 Dollars of Lawfull Money of account,gold or silver minted coin of Treasury origin,and all personal judgements;all liscenses;bank accounts;Bonds;insurance; public and private trusts;retirement accounts;annuities;pension/social security funds;investments;safe deposit items;jewelry;mutual funds;personal and private property;(cars,trucks, pickups,SUV's,airplanes,boats,campers,recreational vehicles,homes,trailers,mobile homes,farms ranches,apartments,condominiums,buildings,office equipment,warehouses,vehicles of personal or business nature,land);real estate;items,inventories,supplies contained therein;assignment of all stocks,real,tangible and intangible property,including but not limited to 501K and 401K retirement savings plans;state/federal,or offshore accounts;including but not limited to their heirs assets;all payments/wages/salaries,while in public/private office/employment;all inheritances;accoints receivable,etc,until full payment and satisfaction of the total amount of the "true Bill"has been given in full accord to the "Secured party"(Paid In Full).NON-STANDARD,NON NEGOTIABLE form filed in law country of VIRGIN ISLANDS,OF THE UNITED STATES

**5. ALTERNATIVE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
/S/UCC § 1-207: *Russell Edouard Donaldson Robinson(c)1966,SPC*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: ISHMAEL 'CHUKU' BRATHWAITE, SR. ENS LEGIS

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: ALVIN 'TATOO' HODGE, SR. ENS LEGIS

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS: GPO TORTOLA , B.V.I. | CITY | STATE: BVI | POSTAL CODE | COUNTRY: U.K. Dep.

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: ENS LEGIS | 11f. JURISDICTION OF ORGANIZATION: Private | 11g. ORGANIZATIONAL ID #, if any: D.E.A./F.B.I. CI  [NONE]

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

**14.** Description of real estate:

**16. Additional collateral description:**

ISHMAEL 'CHUKU' BRATHWAITE, SR.
  AND
ALVIN 'TATOO' HODGE, SR.
Set by accomodation, surety, gurantor, signature of necessity "Without Recourse", UCC 3-415 and UCC 3-419
By:
With Special, express & Explicit reservation of all unalienable Rights, waiving none, "Without Prejudice" UCC § 1-207.7

*Russell Edouard Donaldson:Robinson(c)1966,SPC*
Russell Edouard Donaldson:Robinson(c)1966,SPC

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

Certified Mail Contract # 7004 2890 0002 3349 2669

# NON-NEGOTIABLE
## S E C U R I T Y   A G R E E M E N T

All property of ISHMAEL "CHUKU" BRATHWAITE,SR. ,currently resident in MIAMI,Country of Florida,United States of America,General Post Office Delivery.

All property of ALVIN "TATOO" HODGE,SR.,currently resident in the Island State of TORTOLA,BRITISH VIRGIN ISLANDS,belonging to the UNITED KINGDOM.General Post Office Delivery,Pursuant to Universal Postal Union convention to which the UNITED STATES is signatory.

[Both DEBTORS specifically agreeing and consenting to a detailed release of all FOIA/PA 'protected' Documents relating to requests made by Secured Party,In Re Civil Case No. 06-2050(EGS) DISTRICT COURT FOR THE DISTRICT OF COLUMBIA;and any and all related investigative records,evaluations,e.t.c. related to DISTRICT COURT OF THE VIRGIN ISLANDS,Criminal Case No:04-05-F-02(JTG),in an effort to mitigate value of lien.]

This Property now owned and hereafter accquired includes,but is not limited to,proceeds,products,accounts and fixtures from crops,mine heads,wellheads,with transmitting utilities,e.t.c.,rent,wages,all income,land and mineral,water and air rights,cottage(s),house(s),building(s),bank account(s),retirement plans,stocks, bonds,securities bebefits from trust(s),inheritances,gotten or to be gotten,inventory from any source,all machinery either farm or industrial,livestock,livestock equipment,vehicles,auto(s),truck(s),four-wheelers,all boats and watercraft,airplanes,motor homes,5th wheel trailers,mobile homes,jewelry,wedding bands and /or rings,watch(es),precious metals,household goods,appliances,any type furniture, kitchen utensils,radio(s),TV(s),musical instruments,antiques,sports equipment, rifles,guns,and any type of property held for benefit of the Secured party,(e.g. Degrees,Diplomas,Licenses,Certificates,e.t.c.),by either the Debtors or others

Any property not specifically identified,named or listed by make,model,or serial number,e.t.c.,is included in same as though identified in full.

The Debtors agree to notify all;Claimnants,Creditors,and employers of same, as all Debtors' assets and wages are property of the Secured Party,and are herein noticed accordingly.

This Private held 'Security Agreement' is **not** dischargeable in Bankruptcy Court as the Holder's Property is "Exempt from Levy".

The Secured Party,sets the premium value of this Security Agreement,in view of redress of ijnuries and damages caused by DEBTORS,**false and fabricate Testimony**;at sum certain of:Five Hundred Million lawfull De jure 'Dollars' of the UNITED STATES,gold or silver coin minted by or of Treasury origin. ($500,000,000.00).

The Secured party accepts all signatures in accord with UCC §§ 3-419,1-201.

Dated:August 15,2007:anno domini.   Without Prejudice,UCC 1-207.7
UCC §§ 3-419,1-201                   EIN # 580195059

/s/
_____
ISHMAEL CHUKU BRATHWAITE,SR.

/s/                                  /s/ Russell Edouard Donaldson:Robinson(c)1966,SPC
_____
ALVIN "TATOO" HODGE,SR.              Russell Edouard Donaldson:Robinson(c)1966,SPC