A 15 U.S. S.E.C. Tracer
Flag,Not A Point Of Law

**Lien Claimant:**
Russell : Robinson(c)1966,SPC
C/O,U.S. MARSHAL ACCT. # 04776.094
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. 33177
Under Necessity
All Rights Reserved,UCC § 1-308:

**LIEN DEBTORS**
Ishmael "Chuku" Brathwaite
Alvin "Tatoo" Hodge
C/O,U.S. ATTORNEY'S OFFICE
ROOM E 4114,555,4th Street,NW,
WASHINGTON,D.C.,20530

MEMORANDUM OF RECORD

06-2050 EGS

RECEIVED

JAN - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF DEFAULT,[NIHIL DICIT],JUDGEMENT;IN COMPORT WITH HOLY SCRIPTURES,DEUTERONOMY,Ch.19,Vs. 15.

Having being duly publically noticed of the Tortfeasor acts of your wards,[Mr. Ishmael "Chuku" Brathwaite,Sr.;and Mr. Alvin "Tatoo" Hodge],as evidenced by the Administrative Record(s) of Civil action 06-2050(EGS) DISTRICT COURT FOR THE DISTRICT OF COLUMBIA;and via Lien Claimant's Private Administrative Remedy processes,[See Copies attached of the Return Receipt(s)];You have said Nothing,either in Rebuttal,denial,or contradiction.You are in Default:and a Judgement,Nihil Dicit,has issued,on this date,December 17,2007,A.D.

Same processes have being witnessed by Mr. Edward G. Sullivan,d/b/a,FEDERAL JUDGE,DISTRICT OF COLUMBIA;Nancy Mayer whittington,d/b/a,CLERK,for DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.YOU ARE NOW AGAIN BEING GIVEN AN EXTRA SEVEN(7) CALENDAR DAYS,COURTESY EXTENSION TO "CURE" YOUR DEFAULT.THEREAFTER,A JUDGEMENT WILL ISSUE,as referenced by DOC#2007007177,RECORDER OF DEEDS ST.THOMAS,U.S.V.I.

NOTICE TO AGENTS IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENTS
Dated:December 17,2007,A.D.

- 1 of 2 -

*Right Thumb Print*



Teste Meispo:
Without Prejudice,UCC § 1-308:

Russell Edouard Donaldson:Robinson(c)
SPC,d/b/a,"RUSSELL E.D.ROBINSON"
ENS LEGIS,
Pre-Paid-Preferred-Stock-Priority
Exemption Id# 580195059/C77498539
Exempt From Levy

Common Law Triple Seal Acknowledgement;
In Comport With,Deuteronomy,Ch. 19,Vs.
15:

Conservator of Peace of Necessity:

Conservator of Peace of necessity:

Conservator of Peace of Necessity:

CC:Nancy Mayer Whittington,CLERK FOR DISTRICT COURT FOR THE
   DISTRICT OF COLUMBIA,333 CONSTITUTION AVE.,NW WASHINGTON
   D.C.20001

- 2 of 2 -

UNITED STATES POSTAL SERVICE    2-4    |||| 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •
Without Prejudice,U.C.C. § 1-308
Russell : Robinson(c)1966,SPC
C/O,U.S. MARSHAL ACCT.# 04776.094
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. 33177
Under Necessity
(Notice of Fault & Opp. To Cure "Chuku",Track #
7004 2890 0002 3342 6534)

UNITED STATES POSTAL SERVICE    |||| 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •
Without Prejudice,U.C.C § 1-308
Russell : Robinson(c)1966,SPC
C/O,U.S. MARSHAL ACCT. # 04776.094
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. 33177
Under Necessity
(Notice of fault & Opp. To Cure,"Chuku" Track #
7004 2890 0002 3342 6527)


Received
Mail Room
DEC 26
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nancy Mayer Whittington, d/b/a CLERK FOR THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVE., N.W. WASHINGTON, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    Received Mail Room    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 2890 0002 3342 6534

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES ATTORNEY OFFICE, ROOM E 4114, 555, 4th STREET, N.W. WASHINGTON, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature    NOV 0 6 2007

X    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)    7004 2890 0002 3342 6527

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952