UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL E.D. ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL OF THE )<br>UNITED STATES, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 06-2050 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion for summary judgment [Dkt. #17] is DENIED. It is further

ORDERED that defendants' motion for summary judgment [Dkt. #23] is GRANTED IN PART. Defendants establish that Exemption 7 applies, that the USMS properly withheld the names of and identifying information about law enforcement personnel and third parties under Exemption 7(C), and that the FBIHQ, EOUSA and DEA properly provided Glomar responses. In all other respects, the motion is and DENIED IN PART WITHOUT PREJUDICE. It is further

ORDERED that defendants shall file a renewed motion for summary judgment within 45 days of entry of this Order, and shall address the BOP's response to plaintiff's FOIA request, USMS records withheld under Exemption 2, and segregability.

SO ORDERED.

Signed:   EMMET G. SULLIVAN
          United States District Judge

Dated:    February 14, 2008