Certified Mail Contract # 7007 0220 0001 7356 5362
[Return Receipt Requested]
Case 1:06-cv-02050-EGS    Document 34    Filed 03/03/2008    Page 1 of 2

A Security 15-U.S.C.
U.S. S.E.C. Tracer Flag
Not A Point Of Law, Flaged In
Commerce,580195059/C77498539,
as per agreement of parties

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Russell : Robinson®1966,SPC,

    Plaintiff,

Vs.

ATTORNEY GENERAL OF THE
UNITED STATES,et al.,
    DEFENDANTS.

Civil Action No. 06-2050(EGS)
**NOTICE OF APPEAL OF APPEAL OF
ORDER DATED "FEBUARY 14,2008",
VIA SPECIAL VISITATION.**

**RECEIVED**

MAR 0 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To This Honorable Court,
Without Prejudice,U.C.C.
§ 1-308:

    KNOW ALL FREE MEN AND SUNDRY,TO WHOM THESE PRESENTS MAY COME:,Plaintiff,Russell:Robinson®1966,SPC,'Real Party In Interest',filing this instant "NOTICE OF APPEAL" as captioned,of this Honorable Court's Febuary 14th,2008,A.D.,Order.

    Herein,Plaintiff requests,"Forma Pauperis",Consideration,or use of his Exemption Pursuant to House Joint Resolution 192,Senate Document # 43,Public Law 73-10,as codified at Title 31 USCS § 5118,to "Pay" all related Costs and or filing fees:to wit,[580195059/C77498539].

                                  Respectfully,
                                  Without Prejudice,U.C.C. § 1-308:

*[signature: Russell Edouard Donaldson Robinson]*

Russell Edouard Donaldson:Robinson®1966
POA,"RUSSELL E.D.ROBINSON",ENS LEGIS
Pre-Paid Preferred-Stock
Priority-Exempt From Levy
Exemption ID# 580195059/C77498539

- 1 -

CERTIFICATE OF FILING/SERVICE:

I,the undersigned,do declare under penalty of pejury,[invoking inmate mailbox rule],i.e.,Title 28 U.S.C. § 1746(1),that,via Certified Mail Contract # 7007 0220 0001 7356 5362,The CLERK,NANCY MAYER WHITTINGTON,at 333 Constitution Ave.,N.W.,WASHINGTON, D.C.,20001 was served a copy for filing:and via Certified mail Contract # 7007 0220 0001 7356 5379;Postage pre-paid;an exact copy was served upon,U.S. ATTORNEY at: Judiciary Center 555 4th Street,N.W.,WASHINGTON, D.C. 20001.Done this Febuary 21,2008,A.D.,at FCI,Miami,Florida usA.

Without Prejudice,U.C.C. § 1-308:

_Russell Edward Donaldson Robinson, SPC_

Russell : Robinson®1966,SPC