# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RUSSELL E.D. ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  06-2050 (EGS)** |
| | ) | |
| **ATTORNEY GENERAL** | ) | |
| **OF THE UNITED STATES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  By Order of the Court, a renewed motion for summary judgment on behalf of the United States Marshals Service (USMS) and the Bureau of Prisons (BOP) is due today, March 31, 2008.  Defendants request a brief enlargement of time, to and including April 4, 2008 within which to file this dispositive motion.

Good cause exists for this extension.  Specifically, an enlargement to and including April 4th is requested to allow the undersigned counsel sufficient time to complete the motion after receiving and reviewing materials from the two Department of Justice components, USMS and BOP.  Although counsel has received declarations from both components, counsel was unable to give her full attention to completing the motion because of various other matters that commanded her time over the last two weeks,

including preparation of an appellate brief.  This additional time will allow counsel to

complete the motion and provide an opportunity for client and supervisory review.

Granting this brief, four-day enlargement will not be prejudicial and is not filed for

the purposes of delay.  Because plaintiff is incarcerated, and is proceeding pro se, Local

Rule 7(m) does not apply to this motion, and defendant therefore has not obtained

plaintiff's position as to the relief requested.

WHEREFORE, defendants respectfully request that the time within which to file a

renewed motion for summary judgment be enlarged for four business days, to and

including April 4, 2008, and that the dates for filing an opposition and reply be similarly

enlarged by four days.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney
/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on March 31, 2008, plaintiff was served with a copy of the

foregoing Motion for Enlargement of Time via first-class mail postage prepaid and

addressed:

> Russell Robinson
> #04776-094
> Metropolitan Detention Center
> P.O. Box 2147
> San Juan, PR   00922-2147

Pursuant to plaintiff's notice of address change filed June 14, 2007, a copy of the

foregoing was also served via first-class mail postage prepaid and addressed:

> Russell Robinson
> SPC, C/O Post Office Box 302402
> St. Thomas, USVI 00803

> _____/s/_____
> Madelyn E. Johnson
> Assistant U.S. Attorney
> 555 4th Street, N.W., Rm. E4114
> Washington, D. C.  20530
> (202) 514-7135