UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL E.D. ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.  06-2050 (EGS) |
| ) | |
| **ATTORNEY GENERAL** ) | |
| **OF THE UNITED STATES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

This matter is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  By Order of the Court, a renewed motion for summary judgment on behalf of the United States Marshals Service (USMS) and the Bureau of Prisons (BOP) is due today, March 31, 2008.  Defendants request an additional brief enlargement of time, to and including April 11, 2008 within which to file this dispositive motion. This is defendants' second enlargement for this purpose.

Good cause exists for this extension.  Specifically, an enlargement to and including April 11th is requested to allow the undersigned counsel sufficient time to complete the motion after receiving and reviewing materials from the two Department of Justice components, USMS and BOP.  Undersigned counsel anticipated that she would be able to review the declarations from both components and to complete the drafting of a renewed motion for summary judgment by April 4, 2008.  However, counsel also had a filing due

in another case that took more time to complete than expected. Also, counsel was out of the office for the entire day on April 3rd, which was also not anticipated. Accordingly, counsel was not able to complete the renewed motion in sufficient time to allow for supervisory and agency review. Counsel expects that one additional week will be abundant time to complete a renewed motion and that no further enlargements will be necessary.

Granting this enlargement will not be prejudicial and is not filed for the purposes of delay. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained plaintiff's position as to the relief requested.

WHEREFORE, defendants respectfully request that the time within which to file a renewed motion for summary judgment be enlarged to and including April 11, 2008, and that the dates for filing an opposition and reply be similarly enlarged by one week.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on April 4, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147

Pursuant to plaintiff's notice of address change filed June 14, 2007, a copy of the foregoing was also served via first-class mail postage prepaid and addressed:

Russell Robinson
SPC, C/O Post Office Box 302402
St. Thomas, USVI 00803

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135