UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL E.D. ROBINSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2050 (EGS) |
| ) | |
| **ATTORNEY GENERAL** ) | |
| **OF THE UNITED STATES, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6, defendants request an enlargement of time for filing defendants' renewed motion for summary judgment to and including April 18, 2008. In support of this motion, defendants state the following:

1. This matter is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Defendants' renewed motion for summary judgment on behalf of the United States Marshals Service (USMS) and the Bureau of Prisons (BOP) was due on April 11, 2008. Defendants requested an enlargement of the due date to today, April 16, 2008 and by this motion, request an additional brief enlargement to and including Friday, April 18, 2008.

2. This further request for enlargement of time is necessary because undersigned counsel was unable to complete the renewed motion because of the press of other business. Additionally, counsel will be out of the office for a portion of Thursday, April 17, 2008.

Granting this enlargement will not be prejudicial and is not filed for the purposes of delay. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained plaintiff's position as to the relief requested. Undersigned counsel does not anticipate that any further enlargement will be necessary.

WHEREFORE, defendants respectfully request that the time within which to file a renewed motion for summary judgment be enlarged to and including April 18, 2008, and that the dates for filing an opposition and reply be similarly enlarged.

> Respectfully submitted,
>
> /s/
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
> /s/
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
> /s/
> MADELYN E. JOHNSON, DC Bar #292318
> Assistant United States Attorney
> U.S. Attorney's Office, Rm  E4114
> 555 4th Street, N.W.
> Washington, D.C.  20530
> *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on April 16, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147

Pursuant to plaintiff's notice of address change filed June 14, 2007, a copy of the foregoing was also served via first-class mail postage prepaid and addressed:

Russell Robinson
SPC, C/O Post Office Box 302402
St. Thomas, USVI 00803

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135