UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL E.D. ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2050 (EGS) |
| ) | |
| **ATTORNEY GENERAL** ) | |
| **OF THE UNITED STATES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6 (b)(1)(B), defendants request an enlargement of time for filing defendants' renewed motion for summary judgment to and including April 22, 2008. In support of this motion, defendants state the following:

1. This matter is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Defendants' renewed motion for summary judgment on behalf of the United States Marshals Service (USMS) and the Bureau of Prisons (BOP) was due April 11, 2008. Defendants have requested an enlargement of time to April 18, 2008 to allow counsel to finalize and file the motion.

2. Undersigned counsel anticipated that she would be able to complete the motion and have it reviewed and filed by April 18, 2008. However, counsel did not anticipate that she would be absent from the office for the entire day on April 17, 2008 and the

morning of April 18, 2008. Counsel was unable to turn her attention to the motion until late in the day on April 18, 2008 and that was insufficient time to complete it.

    3. Granting this enlargement will not be prejudicial and is not filed for the purposes of delay. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained plaintiff's position as to the relief requested.

    WHEREFORE, defendants respectfully request that the time within which to file a renewed motion for summary judgment be enlarged to and including April 22, 2008, and that the dates for filing an opposition and reply be similarly enlarged.

                            Respectfully submitted,

                            /s/
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney
                            /s/
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                            /s/
                        MADELYN E. JOHNSON, DC Bar #292318
                        Assistant United States Attorney
                        U.S. Attorney's Office, Rm E4114
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on April 18, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147

Pursuant to plaintiff's notice of address change filed June 14, 2007, a copy of the foregoing was also served via first-class mail postage prepaid and addressed:

Russell Robinson
SPC, C/O Post Office Box 302402
St. Thomas, USVI 00803

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135