UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL E.D. ROBINSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2050 (EGS) |
| ) | |
| **ATTORNEY GENERAL** ) | |
| **OF THE UNITED STATES, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6 (b)(1)(B), defendants request an additional, brief enlargement of time of one day for filing defendants' renewed motion for summary judgment to and including April 22, 2008. In support of this motion, defendants state the following:

1. This matter is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The Court has granted defendants until April 16, 2008 within which to file the motion. Defendants had filed an enlargement of time seeking until today, April 22, 2008, within which to file the renewed motion for summary judgment on behalf of the United States Marshals Service (USMS) and the Bureau of Prisons (BOP). That request remains pending.

2. Undersigned counsel anticipated that she would be able to complete the motion and have it reviewed and filed by today, and the motion is substantially complete.

However, counsel has a need to consult with one of the agencies involved and was unable to contact the agency employee in order to resolve counsel's question. Regrettably, counsel did not anticipate this issue until her work on the motion today and counsel believes that this one matter needs to be included in the motion in order to fully present defendants' case. Accordingly, the undersigned counsel requests this brief enlargement to allow her to contact the agency and discuss her remaining question.

3. This motion is not filed for the purposes of delay. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained plaintiff's position as to the relief requested.

WHEREFORE, defendants respectfully request that the time within which to file a renewed motion for summary judgment be enlarged to and including April 23, 2008, and that the dates for filing an opposition and reply be similarly enlarged.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

Case 1:06-cv-02050-EGS　　Filed 04/22/2008　　Page 3 of 4

CERTIFICATE OF SERVICE

I CERTIFY that on April 22, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147

Pursuant to plaintiff's notice of address change filed June 14, 2007, a copy of the foregoing was also served via first-class mail postage prepaid and addressed:

Russell Robinson
SPC, C/O Post Office Box 302402
St. Thomas, USVI 00803

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135