UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Russell : Robinson®1966, SPC,
    Plaintiff,

Vs.

ATTORNEY GENERAL
OF THE UNITED STATES,
    DEFENDANT.

Civil Action No.: 06-2050(EGS)
SPECIAL VISITATION INFORMATIVE MOTION

**RECEIVED**
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To The Honorable Court,
Without Prejudice, UCC
§ 1-308:

    KNOW ALL FREE MEN AND SUNDRY TO WHOM THESE PRESENTS MAY COME: I, Russell: Robinson®1966, SPC, herein respectfully informs this Honorable Court that to date, Defendants have yet, served me with a copy of their "renewed motion for summary judgement"; therefore, a rebuttal/ opposition cannot be made.

    WHEREFORE, I seek this Honorable Court enter an order directing service, of motion referenced above, supra. Done and dated, 05/07/2008, A.D., at FCI, Miami, 15801 SW 137th Ave., Miami, FL. [33177]. Under Penalty of Perjury, your Titlle 28 U.S.C. § 1746 (1).

Without Prejudice, U.C.C. § 1-308:

_Edouard Donaldson: Robinson®1966, SPC_

Russell Edouard Donaldson:Robinson®1966, SPC

CERTIFICATE OF SERVICE

Filed and served, via inmate mailbox rule, this 05/08/2008, A.D., via hand delivery to FCI Miami's Mailroom Staff; stated pursuant to 28 U.S.C. § 1746 (1).

_Russell Edouard Donaldson:Robinson_

Russell Edouard Donaldson:Robinson®1966, SPC