UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL E.D. ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL<br>OF THE UNITED STATES,<br><br>    Defendant. | Civil Action No. 06-2050 (EGS) |

## ORDER

It is hereby

ORDERED that defendant shall serve a copy of its renewed motion for summary judgment on plaintiff not later than **May 27, 2008**, and it is further

ORDERED that plaintiff shall file an opposition or other response to defendant's renewed motion for summary judgment by **June 27, 2008**. If plaintiff fails to respond by this date, the Court may treat the motion as conceded.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
               United States District Judge

Dated:    May 19, 2008