UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL E.D. ROBINSON,              )<br>                                                     )<br>       Plaintiff,                             )<br>                                                     )<br>   v.                                             )         Civil Action No. 06-2050 (EGS)<br>                                                     )<br>ATTORNEY GENERAL              )<br>OF THE UNITED STATES,         )<br>                                                     )<br>       Defendant.                          ) | |

### ORDER

Defendant filed a renewed motion for summary judgment on April 23, 2008.  In its April 25, 2008 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion.  Further, that Order expressly warned plaintiff that, if he failed to file his opposition by May 23, 2008, the Court would treat the motion as conceded.  The Court granted plaintiff an extension of time to June 27, 2008 to file his opposition.  To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

Accordingly, it is hereby

ORDERED that defendant's renewed motion for summary judgment [#41, 45] is GRANTED AS CONCEDED.[1]  It is further

---

[1] According to plaintiff's "Special Visitation Informative Motion" [#43], he did not receive a copy of defendant's renewed motion for summary judgment, apparently because he had been transferred to another correctional facility.  The Court instructed defendant to serve a copy of its renewed motion for summary judgment on plaintiff not later than May 27, 2008.  Defendant filed a duplicate of its renewed motion [#45] to which it attached the supplemental declaration of William E. Bordley and the declaration of Wilson J. Moorer.  Neither declaration was submitted with the
(continued...)

ORDERED that JUDGMENT is entered in defendant's favor.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

|  |  |
|---|---|
| Signed: | EMMET G. SULLIVAN<br>United States District Judge |
| Dated: | July 14, 2008 |

---

[1](...continued)
original renewed motion for summary judgment. According to the Certificate of Service, defendant mailed the duplicate copy of its renewed motion to plaintiff at his current address of record.