# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-5048

September Term 2007

06cv02050

**Filed On: June 23, 2008** [1123159]

Russell E.D. Robinson,

      Appellant

      v.

Michael B. Mukasey, Attorney General of
the United States and FOIA/Privacy Office,
Appeal Office of Information & Privacy,

      Appellees

## O R D E R

Upon consideration of appellant's motion for voluntary dismissal of appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for
the District of Columbia a certified copy of this order in lieu of formal mandate.

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

BY:    /s/
        Mark A. Butler
        Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk